# 5:21-CV-00381-OLG

# EXHIBIT A

MINUTES OF THE CITY OF LEON VALLEY CITY COUNCIL MEETINGS



**CITY OF LEON VALLEY**
**CITY COUNCIL REGULAR MEETING**
Leon Valley City Council Chambers
6400 El Verde Road, Leon Valley, TX 78238
Tuesday, August 6, 2019

## MINUTES

**6:00 PM** Call to Order, Determine a Quorum is Present, Pledge of Allegiance.

| Attendee Name | Organization | Title | Status | Arrived |
|---|---|---|---|---|
| Chris Riley | City of Leon Valley | Mayor | Present | |
| Monica Alcocer | City of Leon Valley | Mayor Pro-Tem, Council Place 3 | Present | |
| Donna Charles | City of Leon Valley | Council Place 1 | Present | |
| Catherine Rodriguez | City of Leon Valley | Council Place 2 | Present | |
| Benny Martinez | City of Leon Valley | Council Place 4 | Late | 6:09 PM |
| Will Bradshaw | City of Leon Valley | Council Place 5 | Present | |

Also present was City Manager Kelly Kuenstler, ACM/HR Director Crystal Caldera, City Secretary Saundra Passailaigue, City Attorney Denise Frederick, Finance Director Vickie Wallace, Assistant Finance Director Ashley Wayman, LVFD Fire Chief Michael Naughton, LVPD Chief Joseph Salvaggio, Public Works Director Melinda Moritz, Assistant Library Director Theresa Brader, Special Events/Community Center Manager Maribel Mendoza, Planning & Zoning Director Brandon Melland, and various LVPD staff.

Mayor Chris Riley announced a quorum was present and then invited the following Boy Scouts to lead the Pledge of Allegiance. David Folse from Pack # 17 of Grace Fellowship Baptist, Ayden Clayver and Zach Miller from Pack # 485 from Christ Fellowship Church.

Mayor Riley asked for a moment of silence for those affected in the mass shooting in Ohio today.

Mayor Riley asked for all cell phones to be silenced; asked that if anyone in the audience needed to speak with their neighbor, they take it to the foyer so they don't disturb the meeting; and lastly that our local rules do allow for citizen comments on any of the agenda items after staff presentation and City Council discussion. Please raise your hand to be recognized, come up to the podium and state your name for the record before speaking.

## PRESENTATIONS

**Proclamation Declaring the First Full week in September, National Payroll Week in the City of Leon Valley, Texas - Christine Bodily, CPP, Payroll Manager, University of Incarnate Word and Karen Brown, Payroll Associate, KCI USA, Inc. (Mayor Chris Riley)**

Mayor Riley presented a proclamation declaring the first full week in September, National Payroll Week in the City of Leon Valley, Texas to Christine Bodily, CPP, Payroll Manager, University of Incarnate Word and Karen Brown, Payroll Associate, KCI USA, Inc.

Mayor Riley also thanked City staff Angela Trejo, Vickie Wallace and Ashley Wayman for doing their part in handling the payroll for the City of Leon Valley.

| RESULT: | PRESENTED |
|---------|-----------|

**Presentation of a Proclamation Declaring the Week of July 21st - 27th, 2019 as Probation Officer's Week (Mayor Chris Riley and Councilor Catherine Rodriguez)**

Mayor Riley presented a proclamation declaring the week of July 21st - 27th, 2019 as Probation Officer's Week to Deanna Martinez of Bexar County Adult Probation Office, Marianne Lopez and Larry Rodriguez.

| RESULT: | PRESENTED |
|---------|-----------|

**Presentation of the July 4, 2019 Wrap-Up (Ashley Wayman, Assistant Finance Director)**

Assistant Finance Director Ashley Wayman presented the July 4th Event Wrap-Up.

| RESULT: | PRESENTED |
|---------|-----------|

**Presentation of an Update on the Soap Box Derby Event (Maribel Mendoza, Special Events Coordinator)**

Special Events/Community Center Manager Maribel Mendoza presented an update on the October 12, 2019 Soap Box Derby Event.

ACM/HR Director Crystal Caldera brought up adding music to this event and said that staff is still working on getting someone but that this is something that would need to be placed in the budget if Council chooses to include this in future Soap Box Derby events.

| RESULT: | PRESENTED |
|---------|-----------|

## CITY MANAGER'S REPORT

City Manager Kelly Kuenstler reminded everyone that the City Manager's Report is posted on the website as well as placed on the table in the foyer for all interested. City Manager

Kuenstler then supplemented that report with new information with: a) the city manager and the city attorney signed an interlocal agreement for the HALT Gates from Bexar County. The County is shooting for September 3rd Commissioners Court approval which is when they will be signed; b) CPS Energy is having a suburban city summit this Friday. Public Works Director Moritz, Assistant Public Works Director Dimaline and Assistant Planning & Zoning Department Director Antu will be attending on behalf of the City of Leon Valley; c) Public Works Director Moritz, Mayor Riley and the city manager spoke to a representative from FEMA today regarding our approximately three-hundred homes in Leon Valley which are now in the flood plain which used to not be and with FEMA's assistance, have come up with a potential solution to provide relief to these homeowners; and d) thanks Lt. David Anderson who has acquired over $237,000 worth of equipment for both the police and fire departments from the Department of Defense.

**Upcoming Important Events:**

- Next Regular City Council Meeting Tuesday, August 20, 2019, at 6:00 p.m. in Council Chambers.
- Texas LEGO Users Group San Antonio "Space Display" with LEGO Building sponsored by LEGO Corporate, Saturday, September 7, 2019, from 10:00 a.m. - 2:00 p.m.; and Sunday, September 8, 2019, from 2:00 p.m. - 6:00 p.m. at the Leon Valley Public Library.
- Grandparent's Day Concert featuring Beethoven Concert Band - Sunday, September 8th, 2019, Time: TBA
- Soap Box Derby, Saturday, October 12, 2019, from 8:00 a.m. until 5:00 p.m. on Evers Road and the Leon Valley Community and Conference Centers.
- Halloween Party October 26, 2019, at the Leon Valley Community Center and Leon Valley Library from 9:00 a.m. to 2:00 p.m. Events are as followed: 9:00 a.m. -12:00 p.m. Arbor Day Tree Adoption on the Community Center Porch, 9:00 a.m. - 2:00 p.m. Trash to Treasure sale at the Community Center by Northwest Seniors, 10:00 a.m. - 11:00 a.m. Pet Costume Contest on the Grass area in front of the Community Center, 10:00 a.m. - 12:00 p.m. Library Halloween Fall Festival.
- Coffee with the Mayor and City Council, Saturday, October 19, 2019, from 9:00 a.m. until 11:00 a.m. at the Conference Center.
- Annual Christmas Tree Lighting December 2, 2019, at 5:30 p.m. at the Leon Valley Conference Center.
- Annual Breakfast with Santa on December 7, 2019, at the Community Center Sponsored by the Friends of the Leon Valley Public Library and the Leon Valley Public Library from 8:00 a.m. - 10:30 a.m.
- Miscellaneous other events and announcements.

| RESULT: | PRESENTED |
|---|---|

## CITIZENS TO BE HEARD

- Phillip Riddle - spoke about Public Works staff helping out new residents that had just moved in.

- Kim Crawford - asked how results of the recent animal survey would be released and how they would be released.
- City Manager Kelly Kuenstler responded that a report would be out to Council in September

In reference to the City Manager's Report, Mayor Riley asked LVPD Joe Salvaggio to explain why a person's vehicle would be towed and impounded. LVPD Chief Salvaggio responded that the vehicle would be in violation of City ordinance such as expired registration, inoperable, etc.

LVFD Chief Michael Naughton said that the other two vehicles on the report were impounded from his department due to vehicle fires.

## ANNOUNCEMENTS BY THE MAYOR AND COUNCIL MEMBERS

Councilor Donna Charles said when she was the Chief of Voluntary Services at the VA, she used to place many people from the Adult Probation Program into volunteer positions and that for the most part it worked out very well.

Councilor Catherine Rodriguez said she was glad to see everyone here; and she really enjoyed participating in last weekend's Neighborhood Renewal Program.

Councilor Monica Alcocer spoke about the new ice cream place at the corner of Seneca and Bandera that everyone should stop by; and the recent Lion's Roar is one of the best she has seen, kudos to Lisa Martin from the LVFD.

Councilor Benny Martinez thanked everyone for being here; reminded the scouts that they are the future leaders; and apologized for being late this evening.

Councilor Will Bradshaw said he just got back from vacation; thanked the scouts and said he is an Eagle Scout.

Mayor Riley said she also thought the Lion's Roar was excellent; spoke about the 3.12 article she wrote that she could not get in the Lion's Roar but wants to get it published in the next ENews; thanked everyone who came to the Coffee with the Mayor & Council - a really good turnout; and  spoke about October 1st National Night Out and asked if the City Council meeting could be moved to Monday, September 30, 2019.

City Manager Kelly Kuenstler asked Mayor Riley and the Council if Items 8.3 and 8.5 up on the agenda because both items have guests and this way they don't need to sit through the budget items.

City Secretary Saundra Passailaigue asked for clarification on the comment made by Mayor Riley about moving the October 1st meeting to September 30th due to the conflict with National Night Out. The consensus of the City Council was to go ahead and move the meeting as done in the past keeping the meeting at 6:00 p.m.

## CONSENT AGENDA

A motion was made by Councilor Monica Alcocer and seconded by Councilor Donna Charles to approve Consent Agenda Items 6.1, 6.2, and 6.3 as presented.

| | |
|---|---|
| **RESULT:** | **ADOPTED [UNANIMOUS]** |
| **MOVER:** | Monica Alcocer, Mayor Pro-Tem, Council Place 3 |
| **SECONDER:** | Donna Charles, Council Place 1 |
| **AYES:** | Monica Alcocer, Donna Charles, Catherine Rodriguez, Benny Martinez, Will Bradshaw |

1. Consideration of the Following City Council Minutes:
   a.    Regular Meeting- May 21, 2019 6:00 PM

**Acceptance of Committee Minutes:**

• 07-08-2019 Sign Code Update Advisory Committee Minutes

**Discussion and Possible Action on a Resolution Appointing Members to the 2019 Charter Review Committee (M&C # 2019-08-06-01 S. Passailaigue)**

## REGULAR AGENDA

**Presentation and Discussion on a Request by Dr. Daniel Earl, Granting a Specific Use Permit for a Kennel, at 6703 Poss Road; Generally Located on the North Side of Grissom Road and East Side of Poss Road; and a Public Hearing on Said Request (1st Reading as Required by City Charter)  (M&C # 2019-08-06-08 B.Melland)**

Planning & Zoning Director Brandon Melland presented the item in response to request by Dr. and Mrs. Daniel Earl, granting a Specific Use Permit for a Kennel, at 6703 Poss Road; generally located on the north side of Grissom Road and east side of Poss Road; and a Public Hearing on said Request.

Mayor Riley opened the Public Hearing at 7:16 p.m.

There being no public comment; Mayor Riley closed the Public Hearing at 7:16 p.m.

| | |
|---|---|
| **RESULT:** | **PRESENTED** |

**Presentation and Discussion on a Request by Vanessa Donovan, on Behalf of SA Fun Zone, granting a Specific Use Permit for Entertainment Indoor, at 5720 Evers Road; Generally Located on the East Side of Wurzbach Road and South Side of Evers Road; and a Public Hearing on Said Request  (1st Reading as Required by City Charter)  (M&C # 2019-08-06-09 B.Melland)**

Planning & Zoning Director Brandon Melland presented the item in response a request by Vanessa Donovan, on Behalf of SA Fun Zone, granting a Specific Use Permit for Entertainment Indoor, at 5720 Evers Road; generally located on the east side of Wurzbach Road and south side of Evers Road; and a Public Hearing on said Request.

Mayor Riley opened the Public Hearing at 7:25 p.m.

There being no public comment; Mayor Riley closed the Public Hearing at 7:25 p.m.

| RESULT: | **FIRST READ** |
|---------|----------------|

**Presentation and Discussion on a Request by Manuel Rubio, Granting a Specific Use Permit for Outside Storage, on Approximately 4.3 acres; Generally Located on the North Side of Grissom Road and West Side of Poss Road; More Specifically Located at 6217 Grissom Road and 6645 Poss Road, and 6655 Poss Road;  and a Public Hearing on Said Request  (1st Reading as Required by City Charter)  (M&C # 2019-08-06-10 B. Melland)**

Planning & Zoning Director Brandon Melland presented the item in response a request by Manuel Rubio, granting a Specific Use Permit for Outside Storage, on approximately 4.3 acres; generally located on the north side of Grissom Road and west side of Poss Road; more specifically located at 6217 Grissom Road, 6645 Poss Road, and 6655 Poss Road; and a Public Hearing on said Request.

Mayor Riley opened the Public Hearing at 7:42 p.m.

There being no public comment; Mayor Riley closed the Public Hearing at 7:42 p.m.

| RESULT: | **FIRST READ** |
|---------|----------------|

## ORDINANCE

**Discussion and Possible Action on an Amendment to the Leon Valley Code of Ordinances Appendix A, Fee Schedule, Article A8.002 Building Permits, to Modify Permit Fees for Residential Building Permits. (1st Reading was Held on  07-16-19) (M&C # 2019-08-06-02 B. Melland)**

A motion was made by Councilor Monica Alcocer and seconded by Councilor Catherine Rodriguez to adopt as presented.

| | |
|---|---|
| **RESULT:** | **ADOPTED [UNANIMOUS]** |
| **MOVER:** | Monica Alcocer, Mayor Pro-Tem, Council Place 3 |
| **SECONDER:** | Catherine Rodriguez, Council Place 2 |
| **AYES:** | Monica Alcocer, Donna Charles, Catherine Rodriguez, Benny Martinez, Will Bradshaw |

**Discussion and Action to Consider Approval of an Ordinance Awarding a Bid, In the Amount of $261,498.00, With 15% for Contingency, Authorizing the City Manager to Enter into a Contract with Clearfield Construction for the Purpose of Constructing the Forest Meadow Drainage Project, and Authorizing a Budget Adjustment in the Amount of $170,723.00 from the Stormwater Fund (1st Read was Held on 7-16-19) (M&C # 2019-08-06-03 M. Moritz)**

A motion was made by Councilor Donna Charles and seconded by Councilor Monica Alcocer to adopt as presented.

| | |
|---|---|
| **RESULT:** | **ADOPTED [UNANIMOUS]** |
| **MOVER:** | Donna Charles, Council Place 1 |
| **SECONDER:** | Monica Alcocer, Mayor Pro-Tem, Council Place 3 |
| **AYES:** | Monica Alcocer, Donna Charles, Catherine Rodriguez, Benny Martinez, Will Bradshaw |

**Conduct a Public Hearing on Fiscal Year 2020 Budgets and Associated Capital Acquisition Plans (Kelly Kuenstler, City Manager)**

City Manager Kelly Kuenstler and Finance Director Vickie Wallace presented the item. Mayor Riley asked if there was anyone present that would like City Manager Kuenstler to go through the entire PowerPoint presentation and nobody responded that they did.

City Manager Kuenstler took the opportunity to answer some of the City Council's previous questions such as the breakdown of how City staff is paid. Mayor Riley asked that City Manager Kuenstler email that information to her. Another question she answered was a breakdown of Barcom costs which Mayor Riley asked to also be emailed to her.

City Manager Kuenstler clarified the elimination of the Library custodian position; and that the tax rate actually was reduced and did not stay the same as previously reported; historical attorney costs so now the decision that needs to be made is does the City Council want to keep the in-house attorney or go to an outside attorney; on the longevity structure; and holidays.

There was a consensus among City Council to add the Battle of Flowers to the City Holidays.

There was a consensus among City Council to use the tiered Personnel Longevity Structure.

There was a lengthy discussion on the position of Economic Development which indicated

a mix of opinions on how the position should be filled.

Mayor Riley opened the Public Hearing at 8:15 p.m.

- Tina Chasan - spoke in favor of an Economic Development Director

City Manager Kuenstler said that the last item she needs a decision on tonight is on the city attorney.

- Richard Blackmore - spoke in favor of an in-house city attorney
- Irene Baldridge - spoke in favor of an in-house city attorney

There being no further comments from the public; Mayor Riley closed the Public Hearing at 8:54 p.m. and called for a five (5) minute recess.

| RESULT: | PRESENTED |
|---------|-----------|

**Discussion and Possible Action on an Ordinance Approving and Adopting Fiscal Year 2020 Budgets and Associated Capital Acquisition Plans. (1st Read was Held on 7-9-2019) (M&C # 2019-08-06-04 K. Kuenstler)**

Mayor Riley reconvened the meeting at 9:08 p.m.

City Manager Kuenstler asked that each of the previously discussed items be voted on individually before the budget is voted on. Mayor Riley agreed and proceeded to call for the votes.

A motion was made by Councilor Benny Martinez and seconded by Councilor Will Bradshaw to adopt the ordinance approving the budgets and associated capital acquisition plans for the City of Leon Valley, Texas for the Fiscal Year 2020.

Mayor Riley asked City Secretary Saundra Passailaigue to take a roll call vote.

City Secretary Passailaigue proceeded with a roll call vote to which the City Council replied: Councilor Donna Charles - Aye; Councilor Catherine Rodriguez - Aye; Councilor Monica Alcocer - Aye; Councilor Benny Martinez - Aye; and Councilor Will Bradshaw - Aye.

Upon a unanimous vote, Mayor Riley announced the motion carried.

| RESULT: | ADOPTED [UNANIMOUS] |
|---------|---------------------|
| MOVER: | Benny Martinez, Council Place 4 |
| SECONDER: | Will Bradshaw, Council Place 5 |
| AYES: | Monica Alcocer, Donna Charles, Catherine Rodriguez, Benny Martinez, Will Bradshaw |

**Motion**

A motion was made by Councilor Monica Alcocer and seconded by Councilor Catherine Rodriguez to accept the proposed Christmas holidays as presented.

| RESULT: | ADOPTED [UNANIMOUS] |
|---|---|
| MOVER: | Monica Alcocer, Mayor Pro-Tem, Council Place 3 |
| SECONDER: | Catherine Rodriguez, Council Place 2 |
| AYES: | Monica Alcocer, Donna Charles, Catherine Rodriguez, Benny Martinez, Will Bradshaw |

## Motion

A motion was made by Councilor Will Bradshaw and seconded by Councilor Benny Martinez that the City observe the Battle of Flowers as a City holiday as presented.

| RESULT: | ADOPTED [UNANIMOUS] |
|---|---|
| MOVER: | Will Bradshaw, Council Place 5 |
| SECONDER: | Benny Martinez, Council Place 4 |
| AYES: | Monica Alcocer, Donna Charles, Catherine Rodriguez, Benny Martinez, Will Bradshaw |

## Motion

A motion was made by Councilor Monica Alcocer and seconded by Councilor Donna Charles to follow the tiered Longevity Pay Structure as presented.

| RESULT: | ADOPTED [UNANIMOUS] |
|---|---|
| MOVER: | Monica Alcocer, Mayor Pro-Tem, Council Place 3 |
| SECONDER: | Donna Charles, Council Place 1 |
| AYES: | Monica Alcocer, Donna Charles, Catherine Rodriguez, Benny Martinez, Will Bradshaw |

## Motion

A motion was made by Councilor Benny Martinez and seconded by Councilor Will Bradshaw to have a separate Economic Development Director but keep the Business Specialist.

Mayor Riley asked City Secretary Saundra Passailaigue to take a roll call vote.

City Secretary Passailaigue proceeded with a roll call vote to which the City Council replied: Councilor Donna Charles - Nay; Councilor Catherine Rodriguez - Nay; Councilor Monica Alcocer - Nay; Councilor Benny Martinez - Aye; and Councilor Will Bradshaw - Aye.

Mayor Riley announced that the motion failed.

| | |
|---|---|
| **RESULT:** | **DEFEATED [2 TO 3]** |
| **MOVER:** | Benny Martinez, Council Place 4 |
| **SECONDER:** | Will Bradshaw, Council Place 5 |
| **AYES:** | Benny Martinez, Will Bradshaw |
| **NAYS:** | Monica Alcocer, Donna Charles, Catherine Rodriguez |

**Motion**

A motion was made by Councilor Monica Alcocer and seconded by Councilor Donna Charles to keep the "pink" proposal to include that Mr. William Cox will be allowed to take the certification and commit to a minimum of two (2) years to the City of Leon Valley.

Councilor Benny Martinez asked to amend the motion to include that the City would only pay for the first test. Councilor Monica Alcocer accepted the amendment.

Councilor Will Bradshaw asked when the two (2) years would start to which City Manager Kuenstler replied that it would start now before investing in him but he would need to agree to two (2) years after receiving certification.

Mayor Riley asked City Secretary Saundra Passailaigue to take a roll call vote.

City Secretary Passailaigue proceeded with a roll call vote to which the City Council replied: Councilor Donna Charles - Aye; Councilor Catherine Rodriguez - Aye; Councilor Monica Alcocer - Aye; Councilor Benny Martinez - Aye; and Councilor Will Bradshaw - Aye.

Upon a unanimous vote, Mayor Riley announced the motion carried.

| | |
|---|---|
| **RESULT:** | **ADOPTED [UNANIMOUS]** |
| **MOVER:** | Monica Alcocer, Mayor Pro-Tem, Council Place 3 |
| **SECONDER:** | Donna Charles, Council Place 1 |
| **AYES:** | Monica Alcocer, Donna Charles, Catherine Rodriguez, Benny Martinez, Will Bradshaw |

**Motion**

A motion was made by Councilor Benny Martinez and seconded by Councilor Monica Alcocer to seek an RFQ for Fiscal Year 2020 for an outside firm.

Mayor Riley asked City Secretary Saundra Passailaigue to take a roll call vote.

City Secretary Passailaigue proceeded with a roll call vote to which the City Council replied: Councilor Donna Charles - Nay; Councilor Catherine Rodriguez - Nay; Councilor Monica Alcocer - Aye; Councilor Benny Martinez - Aye; and Councilor Will Bradshaw - Aye.

Upon a unanimous vote, Mayor Riley announced the motion carried.

| | |
|---|---|
| **RESULT:** | **ADOPTED [3 TO 2]** |
| **MOVER:** | Benny Martinez, Council Place 4 |
| **SECONDER:** | Monica Alcocer, Mayor Pro-Tem, Council Place 3 |
| **AYES:** | Monica Alcocer, Benny Martinez, Will Bradshaw |
| **NAYS:** | Donna Charles, Catherine Rodriguez |

**Discussion and Possible Action of an Ordinance Ratifying the Fiscal Year 2020 Budget that will Raise More Total Property Taxes than Last Year's Budget by $309,507 or 7.17%, and of that Amount $11,565,561 is Tax Revenue to be raised from New Property Added to the Roll this Year. (1st Read was Held on 07-09-2019) (M&C # 2019-08-06-05 V. Wallace)**

A motion was made by Councilor Monica Alcocer and seconded by Councilor Donna Charles to adopt the ordinance ratifying the Fiscal Year 2020 Budget that will raise more total property taxes than last year's budget by $309,507 or 7.17% and of that amount $11,565,561 is tax revenue to b e raised from new property added to the roll this year.

Mayor Riley asked City Secretary Saundra Passailaigue to take a roll call vote.

City Secretary Passailaigue proceeded with a roll call vote to which the City Council replied: Councilor Donna Charles - Aye; Councilor Catherine Rodriguez - Aye; Councilor Monica Alcocer - Aye; Councilor Benny Martinez - Aye; and Councilor Will Bradshaw - Aye.

Upon a unanimous vote, Mayor Riley announced the motion carried.

| | |
|---|---|
| **RESULT:** | **ADOPTED [UNANIMOUS]** |
| **MOVER:** | Monica Alcocer, Mayor Pro-Tem, Council Place 3 |
| **SECONDER:** | Donna Charles, Council Place 1 |
| **AYES:** | Monica Alcocer, Donna Charles, Catherine Rodriguez, Benny Martinez, Will Bradshaw |

## REGULAR AGENDA CONTINUED

**Presentation and Discussion on an Ordinance Approving and Adopting the Tax Year 2019 Tax Rate for the Maintenance and Operations Fund at $0.475377/$100 and the Interest and Sinking Fund at $0.068213/$100 for a Total Tax Rate of $0.543590/$100 (1st Read as Required by City Charter) (M&C # 2019-08-06-06 V. Wallace)**

Finance Director Vickie Wallace presented this item saying the 2019 Tax Rate is for the calendar year 2019 and is based on property values as of January 1, 2019. It funds the General Fund and Debt Service Fund budgets for Fiscal Year 2020.

Finance Director Wallace said that staff recommends the proposed 2019 Tax Rate of $0.543590 which will be presented for adoption at the August 20, 2019 Council meeting.

| RESULT: | FIRST READ |
|---------|------------|

**Discuss and Consider Possible Action to Award the Fiscal Year 2020 Group Insurance Bid for Employee Medical, Dental and Life Insurances and to Authorize the City Manager to Execute the Insurance Agreement(s) (M&C #   2019-08-06-07 C. Caldera)**

ACM/HR Director Crystal Caldera presented this item to identify health plans that would better serve the needs of the City and its employees and to control City costs, while continuing to provide quality benefits to employees. The City currently pays 100% of the employee-only premium under Blue Cross Blue Shield of Texas base health dental, and Met-Life Life Insurances. Gallagher Benefits Services, the City's insurance broker, negotiated Fiscal Year 2020 health insurance rate. If approved, this will authorize the City Manager to execute the contract for the Fiscal Year 2019 Group Health, Dental & Life Insurances and to continue to provide reputable and comprehensive insurance coverage to the City employees. The contract will be for the period October 1, 2019, through September 30, 2020. The City's insurance broker, Gallagher Benefit Services, Inc. will serve as the City's liaison with the insurer selected by City Council.

A motion was made by Councilor Monica Alcocer and seconded by Councilor  to approve the contract with Blue Cross Blue Shield for the Fiscal Year 2020 medical, dental and vision and Met Life plan.

| RESULT: | APPROVED [UNANIMOUS] |
|---------|----------------------|
| MOVER: | Monica Alcocer, Mayor Pro-Tem, Council Place 3 |
| SECONDER: | Catherine Rodriguez, Council Place 2 |
| AYES: | Monica Alcocer, Donna Charles, Catherine Rodriguez, Benny Martinez, Will Bradshaw |

**Presentation and Discussion on An Ordinance of the City of Leon Valley, TX, City Council Accepting the Southwest Texas Regional Advisory Council Trauma System Grant in the amount of $3,131.00; and Amending the General Fund Budget of The City of Leon Valley, Texas Municipal Budget for The Fiscal Year 2018-2019 to be Increased in the Amount of $3,131 to Provide Funding to Purchase Supplies and Equipment Used for Providing Emergency Medical Care in Leon Valley (1st Reading as Required by City Charter) (M&C # 2019-08-06-11 M. Naughton)**

LVFD Chief Michael Naughton presented this item as a proposed budget adjustment to accept the Southwest Texas Regional Advisory Council trauma system grant of $3,131.00 to purchase supplies and equipment for the Leon Valley Fire Department Emergency Medical Service.

| RESULT: | FIRST READ |
|---------|------------|

**Presentation of the Future of Voting in Bexar County; and Discussion and Possible Action  to Reduce the Number of Election Day Poll Sites in Leon Valley (M&C # 2019-08-06-12 S. Passailaigue)**

City Secretary Saundra Passailaigue presented this item present to the City Council and to the citizens of Leon Valley, the new voting equipment that will be used for voting in Bexar County beginning November 2019.

The item was also presented to discuss the Countywide Polling Place Program and ask City Council to combine four of the four Leon Valley Election Day poll sites into two.

A motion was made by Councilor Monica Alcocer and seconded by Councilor Will Bradshaw to reduce the Leon Valley poll sites to the Conference Center or Library and City Hall eliminating the schools.

## CITIZENS TO BE HEARD

Councilor Benny Martinez asked City Manager Kuenstler why the City is doing collections for Tiger Sanitation. The City Attorney suggested that the two speak after the meeting.

## ADJOURNMENT

Mayor Riley announced that the meeting adjourned at 10:02 PM.

**These minutes approved by the Leon Valley City Council on the 19th of November, 2019.**

APPROVED

**CHRIS RILEY**
MAYOR

ATTEST:

**SAUNDRA PASSAILAIGUE, TRMC**
CITY SECRETARY



**CITY OF LEON VALLEY**
**CITY COUNCIL SPECIAL MEETING**
Leon Valley City Council Chambers
6400 El Verde Road, Leon Valley, TX 78238
Tuesday, August 13, 2019

## MINUTES

1.      **5:30 PM** Call to Order and Determine a Quorum is Present.

| Attendee Name | Organization | Title | Status | Arrived |
|---|---|---|---|---|
| Chris Riley | City of Leon Valley | Mayor | Present | |
| Monica Alcocer | City of Leon Valley | Mayor Pro-Tem, Council Place 3 | Present | |
| Donna Charles | City of Leon Valley | Council Place 1 | Present | |
| Catherine Rodriguez | City of Leon Valley | Council Place 2 | Present | |
| Benny Martinez | City of Leon Valley | Council Place 4 | Present | |
| Will Bradshaw | City of Leon Valley | Council Place 5 | Present | |

Also present were ACM/HR Director Crystal Caldera, City Secretary Saundra Passailaigue, City Attorney Denise Frederick, Investigative Attorney Ryan Henry, LVFD Fire Chief Michael Naughton, LVPD Chief Joseph Salvaggio, LVPD Assistant Chief Ruben Saucedo, LVPD Detective David Anderson, LVPD Detective Jimmie Wells, LVPD Red-Light Camera Administrator Hearing Officer Mike Tacquard and other LVPD staff.


## REGULAR AGENDA

**Discuss and Consider Possible Action to Reconsider or Clarify the Budgetary Actions of Funding an In-House City Attorney vs a Contract Attorney (M&C # 2019-08-13-01 S. Passailaigue)**

ACM Crystal Caldera teleconferenced in City Manager Kelly Kuenstler into the meeting who explained the situation. City Manager Kuenstler stated that the purpose of the agenda item was to ask City Council to reconsider or to clarify the budgetary actions of funding an in-house city attorney vs a contract attorney.

There was a brief discussion about this item and Investigating Attorney Ryan Henry offered the Council an option of ratification. City Attorney Denise Frederick agreed with this option.

Councilor Benny Martinez stated that he did not think he needed to recuse himself.

Councilor Donna Charles made a motion to ratify with the abstention of Mr. Martinez.

Councilor Monica Alcocer asked Investigating Attorney Henry if the previous motion was acceptable to which he answered it was not.

Councilor Donna Charles withdrew her motion.

## ADJOURNMENT

**Motion**

A motion was made by Councilor Monica Alcocer and seconded by Councilor Donna Charles to adjourn the Special City Council meeting.

| | |
|---|---|
| **RESULT:** | **APPROVED [UNANIMOUS]** |
| **MOVER:** | Monica Alcocer, Mayor Pro-Tem, Council Place 3 |
| **SECONDER:** | Donna Charles, Council Place 1 |
| **AYES:** | Monica Alcocer, Donna Charles, Catherine Rodriguez, Benny Martinez, Will Bradshaw |

Mayor Riley announced that the meeting adjourned at 5:58 PM.

**These minutes approved by the Leon Valley City Council on the 15th of October, 2019.**

APPROVED

**CHRIS RILEY**
MAYOR

ATTEST:
**SAUNDRA PASSAILAIGUE, TRMC**
CITY SECRETARY

## MAYOR AND COUNCIL COMMUNICATION

**DATE:**      August 13, 2019          **M&C # 2019-08-13-01 S. PASSAILAIGUE**

**TO:**        Mayor and Council

**FROM:**      Saundra Passailaigue, City Secretary

**THROUGH:** Kelly Kuenstler, City Manager

**SUBJECT:** Discuss and Consider Possible Action to Reconsider or Clarify the Budgetary Actions of Funding an In-House City Attorney vs a Contract Attorney

ATTEST:

_____
**SAUNDRA PASSAILAIGUE, TRMC**
City Secretary





**CITY OF LEON VALLEY**
**CITY COUNCIL REGULAR MEETING**
Leon Valley City Council Chambers
6400 El Verde Road, Leon Valley, TX 78238
Tuesday, October 15, 2019

## MINUTES

**6:00 PM** Call to Order, Determine a Quorum is Present, Pledge of Allegiance.

| Attendee Name | Organization | Title | Status | Arrived |
|---|---|---|---|---|
| Chris Riley | City of Leon Valley | Mayor | Present | |
| Monica Alcocer | City of Leon Valley | Mayor Pro-Tem, Council Place 3 | Present | |
| Donna Charles | City of Leon Valley | Council Place 1 | Present | |
| Catherine Rodriguez | City of Leon Valley | Council Place 2 | Present | |
| Matthew Hodde | City of Leon Valley | Council Place 4 | Present | |
| Will Bradshaw | City of Leon Valley | Council Place 5 | Present | |

Also present was City Manager Kelly Kuenstler, ACM/HR Director Crystal Caldera, City Secretary Saundra Passailaigue, City Attorney Denise Frederick, Public Works Director Melinda Moritz, Finance Director Vickie Wallace, Assistant Finance Director Floyd Messick, LVFD Fire Chief Mike Naughton, LVFD Fire Assistant Chief Eric Burnside, Planning & Zoning Director Brandon Melland, LVPD Chief Joseph Salvaggio, LVPD Assistant Police Chief Ruben Saucedo, and various LVPD staff.

Mayor Chris Riley welcomed everyone and led the Pledge of Allegiance.

Mayor Riley apologized for not handling an outburst last regular meeting and informed that she is implementing a "zero tolerance approach to keeping order in our chamber".

Mayor Riley reminded everyone that the Citizens to be Heard item has been changed from five (5) minutes to three (3) minutes to speak.

Mayor Riley asked for all cell phones to be silenced.

## <u>PRESENTATIONS</u>

### Presentation of the Good Neighbor Award to Mr. Craig Ferrell (Mayor Chris Riley)

Mayor Chris Riley introduced Mr. Craig Ferrell and presented the Good Neighbor Award to him in recognition of the generous support he has shown the Leon Valley Police and Fire Departments over the last eight (8) years.

| RESULT: | PRESENTED |
|---|---|

## Hike & Bike Trail Advisory Committee 2019 Annual Report (Henry Diecker, Vice Chairman)

Vice Chair Henry Diecker presented the Hike & Bike Trail Advisory Committee 2019 Annual Report and called the names of all Committee members and Staff liaison. Mayor Chris Riley asked to confirm if there was a grant received from The Alamo Area Metropolitan and Planning Organization (AAMPO). Public Works Director Melinda Moritz informed Mayor Riley that any donation will go into the Revenue's side and once received; it will be moved to the Park's Budget.

| RESULT: | PRESENTED |
|---|---|

## Monthly Financial Report Ending September 30, 2019 (Vickie Wallace, Finance Director)

Finance Director Vickie Wallace presented the monthly Financial Report September 2019.

| RESULT: | PRESENTED |
|---|---|

## Presentation and Discussion on the Options for Legal Service Providers to the City of Leon Valley.

City Manager Kelly Kuenstler reminded everyone that per the Home Rule Charter, it is the City Manager's responsibility to hire the City Attorney. City Manager Kuenstler informed Council that the Request for Quotation (RFQ) was done and that from five (5) firms, three (3) firms were the final candidates. City Manager Kuenstler asked for the Council's input in selecting a City Attorney. All three (3) firms were invited to attend this evening's Council meeting and provide a six (6) minute presentation.

Attorney at Law Alan Bojorquez from Bojorquez Law Firm, PC gave a brief presentation about his law firm and the services they provide.
- City Manager Kuenstler asked Attorney Bojorquez who would be the primary attorney assigned to the City of Leon Valley.
  - Attorney Bojorquez explained that once hired, the firm meets with City Staff to find out what the priorities and expectations are and said that knowing what he knows about Leon Valley, he would recommend Jonathan Kaplan who retired from the City of San Antonio.
- City Manager Kuenstler asked Attorney Bojorquez if the City was to use attorneys from their Austin office, would the City of Leon Valley be charged mileage.
  - Attorney Bojorquez said yes and that it is standard but negotiable.
- City Manager Kuenstler asked Attorney Bojorquez if Mr. Kaplan is in San Antonio.
  - Attorney Bojorquez said yes, Mr. Kaplan resides less than 5 miles away.

Partner Daniel Santee and Partner Clarissa Rodriguez with Denton Navarro Rocha Bernal & Zech, PC gave a brief presentation on their law firm and the services they provide.

- Councilor Monica Alcocer asked what attorney was recommended to represent the City of Leon Valley.
    - Attorney Santee is recommending Senior Associate Habib Erkan.

Partner Brenda McDonald with Messer Fort and McDonald gave a brief presentation on their law firm and the services they provide. Partner Andy Messer and Associate Will Trevino were also present. Associate Trevino would be the primary contact for the City of Leon Valley.

- City Manager Kuenstler asked if the City of Leon Valley be billed for mileage from Austin.
    - Partner McDonald said they offer negotiation and that they will not allow that to be a problem between the firm and the City.
- Mayor Chris Riley asked if the firm has any local attorneys.
    - Partner McDonald and Messer said no, the closest attorney is Associate Trevino from Austin.

Mayor Riley thanked everyone for their time this evening.

City Manager Kunstler asked Council if they could review the RFQs and send her an email with their response and any comments by noon on Thursday, October 17th, 2019. Members of City Council agreed.

| RESULT: | PRESENTED |
|---------|-----------|

## CITY MANAGER'S REPORT

City Manager Kelly Kuenstler reminded everyone that the City Manager's Report is posted on the website as well as placed on the table in the foyer for all interested. City Manager Kuenstler then supplemented that report with new information with: a) The Public Works Department has ordered the shade coverings for smaller parks and expects delivery and installation by January of 2020. b) The Raymond Rimkus Park rain garden contractor has started construction and expects to be finished within eight (8) weeks. c) Public Works accepted delivery of mid-sized dump truck that was authorized by the City Council. d) The Annual Texas Municipal League Conference was held last week and those that attended were invited to various conference social events. e) We'd like to thank Maribel Mendoza and staff for the awesome Soap Box Derby Event held last Saturday. The event went off without a hitch and everyone had a great time. Maribel will be providing the Council with an update on the event at the November 5th meeting. City Manager Kuenstler thanked everyone for their participation including: the Marshall High School Police Explorers, Church of Christ of Ladder Day Saints, JB Woolf Sheds, Banis Towing, Billy Ward Auctioneers, Beth Federico from National Soap Box Derby Association, Rudy Pena from Pena Brothers, The Do Jo Guys, Kris Moreno and The American Legion. f) Just a reminder that next Saturday is the Coffee with the Council meeting, from 9:00 a.m. to 11:00 a.m. at the Leon Valley Conference Center. I need to solidify the agenda, so can I get a final

approval of items you'd like to put on the agenda?

Mayor Chris Riley asked if the pool item was going to be discussed at the Coffee with the Council meeting.

Public Works Director Melinda Moritz notified the Mayor and Council that the pool discussion item is not ready, informed that the Pool Advisory Committee will meet tomorrow night and that she is still waiting on some quotes; therefore, she requested to delay the item to the November 5th meeting. Mayor Riley agreed.

Mayor Riley asked to add an agenda item to the Coffee with the Council meeting and replace item No. 3 with "Changes from Full-Time City Attorney to a Contract City Attorney".

City Manager Kuenstler continued with the City Manager's Report and added: g) we are working with John Marshall High School to alleviate their current traffic situation, as the new construction continues. h) Please keep in your thoughts and prayers the San Antonio Fire Department Fire Fighter who died in the line of duty today, his name was Greg Garza.

**Upcoming Important Events:**

- Next Regular City Council Meeting Tuesday, November 5, 2019, at 6:00 p.m. in Council Chambers
- Halloween Party October 26, 2019, at the Leon Valley Community Center and Leon Valley Library from 9:00 a.m. to 2:00 p.m.
- Arbor Day Tree Adoption October 26, 2019, on the Community Center Porch, from 9:00 a.m. -12:00 p.m.
- Trash to Treasure Sale October 26, 2019, at the Community Center by Northwest Seniors, from 9:00 a.m. - 2:00 p.m.
- Pet Costume Contest October 26, 2019 on the Grass area in front of the Community Center, from 10:00 a.m. - 11:00 a.m.
- Library Halloween Fall Festival October 26, 2019, from 10:00 a.m. - 12:00 p.m.
- Coffee with the Mayor and City Council, Saturday, October 19, 2019, from 9:00 a.m. until 11:00 a.m. at the Conference Center.
- City offices will be closed on Monday, November 11, 2019, in observance of Veterans' Day
- Neighborhood Heroes Boots & Badges Event, November 12, 2019, at Whataburger, 7016 Bandera Road from 5:00 p.m. to 7:00 p.m.
- Annual Christmas Tree Lighting December 2, 2019, at 5:30 p.m. at the Leon Valley Conference Center.
- Annual Breakfast with Santa on December 7, 2019, at the Community Center Sponsored by the Friends of the Leon Valley Public Library and the Leon Valley Public Library from 8:00 a.m. - 10:30 a.m.
- Annual Town Hall Meeting, Saturday, January 25, 2020, from 8:30 a.m. to 12:30 p.m. at the Leon Valley Conference Center.
- Miscellaneous other events and announcements

## CITIZENS TO BE HEARD

- Walter Geraghty spoke about the Soap Box Derby Event and thanked the Public Works Department for cleaning up after the event. Mr. Geraghty announced that the American Legion also has a trash pickup on October 26th- volunteers will meet at the Leon Valley Public Library at 8:00 a.m. Mr. Geraghty recommended paying each Council member $20.00 per meeting and $50 per meeting to the Mayor.
- William Johnson asked if there is another way the Lion's Roar Newspaper can be delivered before an event takes place. He is experiencing timeliness issues.
- Tina Chasan asked how an interview with KSAT News and LVPD Chief Joseph Salvaggio got set in motion to rehash an old interview.
- Josh Stevens read aloud a statement he prepared in reference to concerning Un-American patterns of behavior he has evidence of and seen in the recent months.
- Lyn Joseph informed the Mayor that the Soap Box Derby Event had a very, very low attendance. She believes the post card was mailed out one month prior to the event and believes better advertisement should be done.
- Evan Bohl would like to congratulate the Parks and Rec Committee in presenting great beautiful improvements to the parks. He also raised concerns of a great deal of division he has seen in our community and is asking to hear from the Council members who have been accused.
- City Manager Kelly Kuenstler read aloud a letter that was submitted by Citizen Esther Rodriguez. Ms. Rodriguez asked that the letter be read during the meeting. The letter was on the subject of "The Team Shirt". The letter referenced "Mr. Mata, his group and Sarah Smart".
- Sarah Smart expressed concern and anger upon the accusations from Ms. Esther Rodriguez and asked to please fact check before accusing her.
- Kimberley Bohl spoke in support of Mayor Riley and Councilor Will Bradshaw.

## ANNOUNCEMENTS BY THE MAYOR AND COUNCIL MEMBERS

- Councilor Donna Charles informed everyone how much she enjoyed the Texas Municipal League (TML) Conference; her favorite presentation was by El Paso, Texas Mayor as he discussed the happenings of the Walmart incident and how it was handled while he was away- she appreciates him for being a thoughtful person.
- Councilor Catherine Rodriguez thanked everyone for coming out to the Soap Box Derby Event and said she also enjoyed the TML Conference and would like to second City Manager Kelly Kuenstler in keeping the SAFD in our prayers.
- Councilor Monica Alcocer informed everyone how she was unable to attend the TML Conference for some days as she experienced allergic reactions from medication she received; thanked everyone for coming out to the Soap Box Derby Event including food vendors and City staff: Public Works, Police Department, Fire Department and all participants; asked everyone to be kind to each other and gave a reminder that everyone is here for the same reason.
- Councilor Matthew Hodde welcomed everyone to tonight's meeting and thanked everyone for showing active interest in our City; asked to keep the SAFD in mind and

expressed his support to the Soap Box Derby Event; Go Astros.

- Councilor Will Bradshaw thanked everyone for coming out to the Soap Box Derby Event despite the cold weather and hoped to have better weather for next year's event; thanked everyone for coming out to tonight's meeting and showing support and interest in our City.

- Mayor Chris Riley apologized for missing out on TML and the Soap Box Derby Event- she explained how she had made travel plans to Utah one year in advance and urged everyone to visit Utah soon; informed everyone that she will be attending the National League of Cities-San Antonio Summit on November 23rd-26th; congratulated the Soap Box Derby Event; reminded everyone about the Coffee with the Mayor this weekend from 9:00 a.m.-11:00 a.m. at the Conference Center; Blue Jean Gala this Saturday, October 18th at the Leon Valley Community Center- $40 per ticket which can be purchased online; reminded anyone who lives in or around a Flood Zone area to attend the informational session which will be hosted by the Federal Management Agency (FEMA) on November 16th at the Leon Valley Conference Center from 10:00 a.m.-noon.

## REGULAR AGENDA

**Presentation, Discussion, Public Hearing and Possible Action on a Resolution of Intent to Establish the Property Assessed Clean Energy Act, (the "PACE Act") Program Within the City of Leon Valley, TX. (John Clamp, CFO, AACOG) (M&C # 2019-10-15-01 K. Kuenstler)**

John Clamp presented this item to adopt a resolution of intent to establish the Property Assessed Cleaned Energy Act, (the "PACE Act") program.

Mr. Clamp informed the Council that this program does not cost the City one penny and that there is no impact to the financial statements or liability; it is all community and property owner based; the Statute Local Government Code 399 allows the Local Government, whether it's a County or a City to adopt it and it allows property owners to utilize it through a third party mechanism.

A motion was made by Councilor Monica Alcocer and seconded by Councilor Donna Charles to adopt the resolution as proposed.

| | |
|---|---|
| **RESULT:** | **ADOPTED [UNANIMOUS]** |
| **MOVER:** | Monica Alcocer, Mayor Pro-Tem, Council Place 3 |
| **SECONDER:** | Donna Charles, Council Place 1 |
| **AYES:** | Alcocer, Charles, Rodriguez, Hodde, Bradshaw |

**Presentation, Discussion, Public Hearing and Possible Action on a Resolution Establishing the City of Leon Valley, Texas PACE Program (John Clamp, CFO, AACOG) (M&C # 2019-10-15-02 K. Kuenstler)**

Mayor Chris Riley opened the Public Hearing at 8:25 p.m.

- Phillip Riddle asked if the PACE Program applied to residential properties.
  - Mr. Clamp indicated that the program does not apply to residential properties, only commercial.

There being no additional public comment; Mayor Riley closed the Public Hearing at 8:26 p.m.

A motion was made by Councilor Monica Alcocer and seconded by Councilor Catherine Rodriguez to formally adopt the resolution as presented.

| RESULT: | ADOPTED [UNANIMOUS] |
|---|---|
| **MOVER:** | Monica Alcocer, Mayor Pro-Tem, Council Place 3 |
| **SECONDER:** | Catherine Rodriguez, Council Place 2 |
| **AYES:** | Alcocer, Charles, Rodriguez, Hodde, Bradshaw |

## CONSENT AGENDA

Mayor Chris Riley announced that at the request of City Secretary Saundra Passailaigue, Consent Agenda Items 7.1 d and e will be pulled and brought back on the next agenda for consideration unless a member of City Council has an issue with this.

Councilor Will Bradshaw asked for the reason for this. City Secretary Passailaigue replied that the minutes were incomplete.

Councilor Will Bradshaw asked that City Secretary Passailaigue correct the spelling of his name from William to Will. City Secretary Passailaigue asked Councilor Bradshaw which minutes he was referring to and he said he could not remember but it was several places. City Secretary Passailaigue asked that Councilor Bradshaw email or call her to let her know which ones and that she would correct that for him.

A motion was made by Councilor Monica Alcocer and seconded by Councilor Donna Charles to adopt the Consent Agenda Items 7.1 a, b, and c; 7.2, 7.3, 7.4, 7.5, 7.6, and 7.7 as amended.

| RESULT: | ADOPTED [UNANIMOUS] |
|---|---|
| **MOVER:** | Monica Alcocer, Mayor Pro-Tem, Council Place 3 |
| **SECONDER:** | Donna Charles, Council Place 1 |
| **AYES:** | Monica Alcocer, Donna Charles, Catherine Rodriguez, Matthew Hodde, Will Bradshaw |

**Consideration of the Following City Council Minutes:**
   a. **Special Meeting for Executive Session- June 18, 2019 5:30 PM**
   b. **Regular Meeting- June 18, 2019 6:00 PM**
   c. **Special Meeting- August 13, 2019 5:30 PM**
   d. **Special Meeting- August 13, 2019 5:45 PM**
   e. **Special Meeting- September 30, 2019 6:00 PM**

**Annual Investment Report for the Period of October 1, 2018-September 30, 2019 (M&C # 2019-10-15-03 V. Wallace)**

**Discussion and Possible Action of the Quarterly Investment Report for the Quarter Ended September 30, 2019 (M&C # 2019-10-15-04 V. Wallace)**

**Annual Review and Adoption of a Resolution Approving the Investment Policy for the City of Leon Valley with Changes to Section VI, B3 Types of Collateral (M&C # 2019-10-15-05 V. Wallace)**

**Acceptance of Committee Minutes:**
   a.    **Special Meeting for Executive Session- June 18, 2019 5:30 PM**
   b.    **Regular Meeting- June 18, 2019 6:00 PM**
   c.    **Special Meeting- August 13, 2019 5:30 PM**
   d.    **Special Meeting- August 13, 2019 5:45 PM**
   e.    **Special Meeting- September 30, 2019 6:00 PM**

**Discussion and Possible Action to Approve the Leon Valley Economic Development Corporation's Last Board Minutes Winding up the Affairs of the Board (M&C # 2019-10-15-06 S. Passailaigue)**

**Discussion and Possible Action on a Resolution of The City of Leon Valley, TX., City Council Appointing Members to The Leon Valley Police Department Citizens Police Advisory Committee; Beautification Committee; And Earthwise Living Day Committee (M&C # 2019-10-15-07 S. Passailaigue)**

<u>**ORDINANCE**</u>

**Discussion and Possible Action of an Ordinance Authorizing Budget Adjustments, in a Total Amount of $880,128, with 15% for Contingencies, for Capital Projects from the FY '19 to the FY '20 Enterprise, General, Red Light Camera, and Stormwater Fund Budgets (1st Read was Held on 09-30-2019) (M&C #2019-10-15-08 M. Moritz)**

Public Works Director Melinda Moritz presented this 2nd read ordinance to authorize budget adjustments, in a total amount of $880,128, with 15% for contingencies, for capital projects from the FY '19 to the FY '20 Enterprise, General, Red Light Camera, and Stormwater Fund Budgets.

Public Works Director Moritz said there were no changes since the 1st read.

A motion was made by Councilor Will Bradshaw and seconded by Councilor Matthew Hodde to adopt the ordinance as presented.

| RESULT: | ADOPTED [UNANIMOUS] |
|---|---|
| MOVER: | Will Bradshaw, Council Place 5 |
| SECONDER: | Matthew Hodde, Council Place 4 |
| AYES: | Monica Alcocer, Donna Charles, Catherine Rodriguez, Matthew Hodde, Will Bradshaw |

**Discussion and Possible Action on an Ordinance, granting a Specific Use Permit on a request by Marc Shilling, for Entertainment Indoor Use, at 6504 Bandera Road; Generally Located on the West Side of Bandera Road Approximately 200 feet North of Seneca Drive; and a Public Hearing on Said Request (1st Reading was Held on 09-30-2019) (M&C # 2019-10-15-09 B. Melland)**

Planning & Zoning Director Brandon Melland presented this 2nd read ordinance granting a Specific Use Permit on a request by Marc Shilling for Entertainment Indoor Use at 6504 Bandera Road; generally located on the West Side of Bandera Road approximately 200 feet North of Seneca Drive; and a Public Hearing on said request.

Planning & Zoning Director Melland said there were no changes since the 1st read.

A motion was made by Councilor Matthew Hodde and seconded by Councilor Catherine Rodriguez to adopt the resolution as presented.

| RESULT: | ADOPTED [UNANIMOUS] |
|---|---|
| MOVER: | Matthew Hodde, Council Place 4 |
| SECONDER: | Catherine Rodriguez, Council Place 2 |
| AYES: | Monica Alcocer, Donna Charles, Catherine Rodriguez, Matthew Hodde, Will Bradshaw |

**Discussion and Possible Action on an Ordinance Amending Chapter 2 Animal Control of the Leon Valley Code of Ordinances and Appendix A Fee Schedule (First Reading was Held on 09-30-2019) (M&C # 2019-10-15-10 J. Salvaggio)**

LVPD Chief Joseph Salvaggio presented and continued with slide number thirteen (13) out of an eighty-four (84) page PowerPoint for a 2nd read ordinance to amend Chapter 2 Animal Control of the Leon Valley Code of Ordinances and Appendix A Fee Schedule.

There was an ongoing discussion on this item.

- Jed Hefner introduced a brief presentation to Council and Chief Salvaggio on what it takes to raise chickens for fresh eggs.

There was an ongoing discussion on chickens and roosters.

- William Johnson spoke on setback requirements for having chickens and/or roosters.

Councilor Matthew Hodde and Councilor Monica Alcocer added to the setback requirement discussion.

- Lyn Joseph informed Council that she used to own chickens and said they are small but can be noisy and can bother people; Ms. Joseph does not want to see roosters as they are very loud. Ms. Joseph asked Chief Salvaggio how many complaints has he received from the community about chickens.
  - o Chief Salvaggio explained that his department receives complaints all the time, especially as soon as a resident gets a chicken. He informed there have been five (5) complaints in one weekend and those complaints were emailed to the Mayor and Council- those complaints did not involve roosters.

There was a lengthy discussion on this item.

- Al Alcocer asked if too much weight was being put on this item and reminds Council that Leon Valley's population is ten thousand (10,000), therefore he asked why are we allowing a small group of people to dictate what needs to be done about this item.
- Johnnie Garrett asked if there is a limit to how many chickens can owners have and what could be done about flies and maggots that chickens produce.
- Jed Hefner made a recommendation to bring this item back if Council is not ready to vote tonight and asked to bring an expert on the topic to educate citizens.

There was a consensus among members of City Council to have Councilor Matthew Hodde and Mr. Jed Hefner re-write the "Animal Ordinance" and bring it back for review at the November 5th meeting.

## REGULAR AGENDA CONTINUED

**Discussion and Possible Action on an Ordinance Amending Section 13.02.074 of the City's Tree Preservation Ordinance regarding Maximum Mitigation of Existing Trees (1st Reading as Required by City Charter) (M&C # 2019-10-15-11 B. Melland)**

Planning & Zoning Director Brandon Melland presented a proposed ordinance for the purpose of amending Section 13.02.074 of the City's Tree Preservation Ordinance regarding Maximum Mitigation of existing trees.

Planning & Zoning Director Melland gave a brief background on the ordinance and what types of trees are protected. He said that the 25% mitigation maximum is excessive when combined with the requirement that all tree species be protected and believes that this combination of requirements exceeds the intent of the 25% maximum mitigation requirement - to prevent clear cutting of land - and actually serves as an unreasonable hindrance to new development. Planning & Zoning Director Melland also believes that this combination of requirements also necessitates the need for unnecessary variances.

Planning & Zoning Director Melland concluded his presentation and recommended the City to continue protecting Chinaberry, Hackberry, Ash Juniper, Chinese Tallow, and Mesquite

Trees and requiring them to be mitigated. However, he recommends that these tree species be exempt when calculating maximum tree removal.

Councilor Monica Alcocer asked to remove Mesquite Trees from the list of five (5) tree species to be exempt.

Mayor Chris Riley asked why the request came to City Council for approval. Planning & Zoning Director Melland replied that because of the Affordable Pet Care development project. Mayor Riley asked why Council should amend the ordinance if the City is landlocked and why not keep the variance. Planning & Zoning Director Melland replied that the purpose of variances is to consider cases where you have a unique hardship not just to have it as a mechanism for additional oversight. Mayor Riley asked if this proposal was presented to the Tree Advisory Board (TAB). Planning & Zoning Director Melland said no but that he consulted with an arborist before presenting it to Council.

Councilor Donna Charles brought back Mayor Riley's question- how much more land is there to develop. Planning & Zoning Director Melland replied that when looking at the City map, he sees a lot of undeveloped land; including the West side of Huebner Road, the Triangle Redevelopment Lot off of Evers Road, an oddly shaped lot behind the Bandera Heights Shopping Center, the property behind the Buddhist Temple and William Rancher property.

Mayor Riley asked to please summarize everything just said and provide pictures so that they can see the trees on each property. Planning & Zoning Director Melland said he can work on this request.

- Lyn Joseph spoke on the importance of keeping Mesquite Trees on the ordinance as there are certain birds that eat seeds from that tree and it is habitat.

Mayor Riley said that she just wants to wrap everything back up and asked to take the item to the TAB, summarize all the undeveloped lots to include more information on them, and provide more information on the trees from a Certified Arborist as far as their value.

City Manager Kelly Kuenstler asked if the Affordable Pet Care project would get delayed with this new request which he received- to go back to the TAB and obtain information from a Certified Arborist. Planning & Zoning Director Melland replied that he was not sure but that he would check with the developer and see if there's problem.

There was a consensus among Council to bring back the ordinance at the next meeting.

Councilor Will Bradshaw asked to move item 9.6 up.

There being no objection, item 9.6 was moved up.

| RESULT: | FIRST READ |
|---------|------------|

**Presentation, Discussion, and Public Hearing to Consider Approval of an Ordinance Reserving a 2.054 Acre Area at the Huebner-Onion Natural Area Park for Future Public Improvements (1st Read as Required by City Charter) (M&C # 2019-10-15-12 M. Moritz)**

Public Works Director Melinda Moritz presented the proposed Public Hearing to consider approval of an ordinance reserving a 2.054-acre portion of the Huebner-Onion Natural Area Park as an area to be used for future public improvements.

Public Works Director Moritz gave a brief background and explained that the original 36.739-acre lot, known as Lot 10, Block 1, CB 4430, InTown Suites Bandera Road Subdivision, was acquired by the City in August of 2000. It is bounded by Bandera Road, Red Jacket, Evening Sun, Sunlight, Raymond Rimkus Park on Poss, and Andres Salazar roads. In 2008, the City designated this lot as the Huebner-Onion Natural Area Park which is now Ordinance No 08-058.

Public Works Director Moritz added that the triangular shaped 2.054-acre portion of the park that is encompassed by Bandera Road, the Huebner-Onion Homestead property, and Huebner Creek has been mowed, trimmed and otherwise not been left in its natural state since the City acquired the lot. Most residents are unaware that this area is actually part and parcel of the Huebner-Onion Natural Area Park. Past City Councils have consistently called this area the "Triangle Park".

Public Works Director Moritz concluded her presentation saying that at the September 12, 2019 meeting, the Park Commission recommended approval of an Ordinance reserving a 2.054 acre portion of the Huebner-Onion Natural Area Park, as shown in the attached Exhibit A, as an area for future public improvements, with the request that prior to any Council deliberation on future improvements, they be allowed to make a recommendation on such use and forward the recommendation to the City Council.

Mayor Chris Riley opened the Public Hearing at 10:26 p.m.

There being no public comment, Mayor Riley closed the Public Hearing at 10:26 p.m.

| RESULT: | FIRST READ |
|---------|------------|

**Presentation and Discussion of an Ordinance Authorizing a Budget Adjustment for the 2020 fiscal year in the Amount of $310,000 From the General Fund Reserves to Allow for the Purchase of a New Ambulance, with required equipment, for the Fire Department. (1st Reading as Required by the City Charter) (M&C # 2019-10-15-13 M. Naughton)**

LVFD Chief Michael Naughton presented the proposed ordinance to authorize a budget adjustment for the 2020 Fiscal Year in the amount of $310,000 from the General Fund

Reserves to allow for the purchase of a new ambulance, with required equipment, for the Fire Department.

Chief Naughton gave a brief history on an ambulance that was taken out of service and given to the Police Department by the pervious Fire Department Administration. Chief Naughton added that he has been unable to locate any documentation for removing the third ambulance from the fleet. This ambulance was never put into use by the Police Department and was temporarily placed back into service by the Fire Department in 2018 due to other ambulances being out of service. Records indicate that the majority of the equipment from this ambulance was sent to salvage and auctioned per City policy.

Chief Naughton said that the Leon Valley Fire Department has maintained a fleet of 3 ambulances since the early 1990's to provide the necessary coverage for our growing City. Since this time, the request for service has more than doubled and continues to increase annually. The Fire Department receives almost 3000 requests for service annually with the majority being EMS related.

Councilor Will Bradshaw asked what is "good intent", to what Chief Naughton replied that it is when the Fire Department visits a location that when by accident a fire or medical alarm goes off.

LVPD Chief Joseph Salvaggio informed Council that the ambulance has been out of service for at least two (2) years.

Chief Naughton concluded his presentation and recommended that the City Council approve an ordinance and budget adjustment in the amount of $310,000 to the General Fund Balance to fund the purchase of a new ambulance.

| RESULT: | FIRST READ |
|---------|------------|

### Presentation and Discussion of an Ordinance Granting a Park Variance Request from CJC Life Church to Allow a 5K Run Event at Raymond Rimkus Park (1st Read as Required by City Charter) (M&C # 2019-10-15-14 M. Moritz)

Public Works Director Melinda Moritz presented a proposed ordinance to grant a Park Variance Request from CJC Life Church to allow a 5K Run Event at Raymond Rimkus Park.

Applicant Timothy Cedillo was present as well.

Public Works Director Moritz informed Council that the event is scheduled to be held on November 9, 2019, from sunrise to 2:00 p.m., with approximately 100 participants expected. This event is open to the general public and proceeds from the event will go towards the Church's mission to India. The group has already rented the large pavilion at the park and, according to their website; they plan on holding the 5K run completely on the Raymond Rimkus Park jogging trail and at the large pavilion. They also plan on erecting ten

canopies.

Public Works Director Moritz concluded her presentation by saying that at the October 10th, 2019 Park Commission meeting, the Park Commission recommended approval of this request, stating:

(1) The variance request is consistent with the goals of the Park ordinance;

(2)  Granting the variance will not cause significant harm to any other person or group of persons, or result in the city being in violation of regulatory requirements; and

(3) The activity being granted will not disturb the peace and dignity of the surrounding residential neighborhoods.

Mayor Chris Riley asked if regular walkers have to pay.

Applicant Mr. Cedillo responded that walkers do not have to pay.

Councilor Monica Alcocer asked if they plan to have informational banners on site for the general public and Mr. Cedillo said that they already have a banner on site but that they plan to have more banners the day of the event.

Mayor Riley asked if they will need assistance from the Police Department for parking or traffic. Mr. Cedillo replied this event will be a small one and that it will not require the Police Department's assistance.

Applicant Cedillo told Council that he understands this item requires a second read but would like to know if he can begin registering participants, he wanted to know if the items seemed to be approved on the second read.

City Manager Kelly Kuenstler proposed to Council to vote on this item at the Coffee with the Mayor meeting which will be held this Saturday, October 19th, 2019 at the Conference Center. Council agreed.

| RESULT: | FIRST READ |
|---|---|

## Discussion and Possible Action on the Items for Discussion at the 2020 Town Hall Meeting (M&C # 2019-10-15-15 K. Kuenstler)

City Manager Kelly Kuenstler presented this item to gain consensus from the Council to what needs to be presented at the 2020 Town Hall Meeting.

Councilor Will Bradshaw recommended to remove the animal ordinance item as he believes that this ordinance will be taken care of before the Town Hall Meeting.

Mayor Chris Riley informed that she knows the update on Peachtree and recommends removing the item.

Councilor Monica Alcocer asked to add an item to the agenda to discuss an update on flooding/drainage.

There was a brief discussion on all the items on the agenda.

City Manager Kuenstler went over the items to be removed and those to keep; remove the animal ordinance, the update on Peachtree and the item to change from City Attorney to Contract Attorney as this item is planned to be discussed at the Coffee with the Mayor meeting this Saturday; add flood/drainage, comprehensive plan and re-cap from the previous Town Hall Meeting. There will be eight (8) items on the agenda and those are the following:

1. Flood/ Drainage Update
2. Comprehensive Master Plan
3. Water Main Conditions
4. Bandera Road update
5. Follow up on El Verde by 2025
6. Home Rule Charter Amendment Update.
7. Census 2020 Education
8. Pools for 2020 Season
** Re-cap from previous Town Hall Meeting

| RESULT: | PRESENTED |
|---------|-----------|

**Discussion and Possible Action on the conduct of Councilor Will Bradshaw as a sitting City Council member. (Requested by Councilor Catherine Rodriguez and Councilor Monica Alcocer) (M&C # 2019-10-15-16 S. Passailaigue)**

Councilor Catherine Rodriguez presented this item to discuss the conduct of Councilor Will Bradshaw as a sitting City Council member and informed the Council that it is her desire to present four (4) points to discuss.

Councilor Monica Alcocer called a Point of Order and clarified that she indeed wished to second this item but asked Council to take this discussion to the new City Attorney as what needs to be discussed, took place in Executive Session and there's no need to discuss it in public.

Councilor Monica Alcocer made a motion and seconded by Councilor Donna Charles to take this item to the new City Attorney.

City Manager Kelly Kuenstler asked if there would be a conflict for the newly hired City Attorney to investigate. City Attorney Denise Frederick replied that the newly hired City Attorney will not be able to make a recommendation because they would represent the entire Legislative Body and it would be an ethical conflict. City Attorney Frederick suggested to get an outside Council to do an investigation or proposed to discuss the item among them and bring it up in Open Session and vote on the solution.

Councilor Monica Alcocer withdrew her motion and Councilor Donna Charles withdrew her second to the motion.

Councilor Matthew Hodde said that a big investigation is not necessary.

Councilor Catherine Rodriguez said that she did not ask for a big investigation but instead asked to please get "that behavior which was uncalled-for- to stop and that's it".

There was lengthy discussion on this item.

- John David Saenz thanked Council for their service and made a recommendation to change the rules of the quorum.
- Benny Martinez spoke and said "this insanity has to stop and the only way this City can start to heal is for the three (3) women on the Council to be removed and there are some staff members that need to be removed as well".
- Josh Stevens asked to analyze all the conflicts of interest that have been occurring during executive session.
- Lyn Joseph asked what the difference is with Councilor Will Bradshaw leaving an Executive Session and City Attorney Frederick stepping out for a cigarette break.

Councilor Monica Alcocer made a motion and seconded by Councilor Donna Charles to postpone this item until after the new City Attorney comes on board to have an Executive Session and discuss the options.

- Eric Mata spoke and said he was appalled by the behavior he saw by many members of Council.
- Johnnie Garrett said "you earn respect".
- Martin Rodriguez said "you make the rules and regulations and you decide what to do".

| | |
|---|---|
| **RESULT:** | **POSTPONED [UNANIMOUS]** |
| **MOVER:** | Monica Alcocer, Mayor Pro-Tem, Council Place 3 |
| **SECONDER:** | Donna Charles, Council Place 1 |
| **AYES:** | Monica Alcocer, Donna Charles, Catherine Rodriguez, Matthew Hodde, Will Bradshaw |

**The City Council shall meet in Executive Session to discuss the following: Under the Texas Local Government Code §551.074 Personnel Matters to Discuss and Conduct an Annual Performance Evaluation of City Manager Kelly Kuenstler as Required by the City of Leon Valley's Employment Contract**

Mayor Chris Riley read the caption out loud and then the Members of City Council went into Executive Session at 11:15 p.m.

**Reconvene into Regular Session and Take Action on Issues Discussed in Executive Session if Necessary**

Mayor Riley reconvened into Open Session at 12:35 a.m. and announced that there was motion to reflect the Executive Session.

Councilor Monica Alcocer made a motion and seconded by Councilor Catherine Rodriguez to adopt the employment contract as presented for the City Manager with the amendment to item eighteen (18). The City Council voted four (4) for and one (1) against with Councilor Will Bradshaw casting the negative vote. Mayor Riley announced the motion carried.

## CITIZENS TO BE HEARD

- Catherine Rowse encouraged Council to get Incode10 to improve electronic billing.

## ADJOURNMENT

Mayor Riley announced that the meeting adjourned at 12:40 AM.

**These minutes approved by the Leon Valley City Council on the 5th of May, 2020.**

APPROVED

**CHRIS RILEY**
MAYOR

ATTEST:
**SAUNDRA PASSAILAIGUE, TRMC**
CITY SECRETARY





**CITY OF LEON VALLEY**
**CITY COUNCIL REGULAR MEETING**
Leon Valley City Council Chambers
6400 El Verde Road, Leon Valley, TX 78238
Tuesday, November 5, 2019

## MINUTES

**6:03 PM** Call to Order, Determine a Quorum is Present, Pledge of Allegiance.

| Attendee Name | Organization | Title | Status | Arrived |
|---|---|---|---|---|
| Chris Riley | City of Leon Valley | Mayor | Present | |
| Monica Alcocer | City of Leon Valley | Mayor Pro-Tem, Council Place 3 | Present | |
| Donna Charles | City of Leon Valley | Council Place 1 | Present | |
| Catherine Rodriguez | City of Leon Valley | Council Place 2 | Present | |
| Matthew Hodde | City of Leon Valley | Council Place 4 | Present | |
| Will Bradshaw | City of Leon Valley | Council Place 5 | Present | |

Also present was City Manager Kelly Kuenstler, ACM/HR Director Crystal Caldera, City Secretary Saundra Passailaigue, City Attorney Denise Frederick, Special Events/Community Center Manager Maribel Mendoza, LVFD Fire Chief Michael Naughton, LVPD Chief Joseph Salvaggio, LVPD Assistant Chief Ruben Saucedo, Planning & Zoning Director Brandon Melland and various LVPD staff.

Mayor Chris Riley welcomed everyone and asked presenter Wyatt Gimbel and Girl Scout Maddison to lead the Pledge of Allegiance.

Mayor Riley asked for all cell phones to be silenced and that if anyone in the audience needed to speak with their neighbor, they take it to the foyer so they don't disturb the meeting.

Councilor Will Bradshaw asked to move item 8.5 up.

There being no objection, item 8.5 was moved up.

## PRESENTATIONS

**Presentation of the Earthwise Living Day Annual Report (Chair Belinda Ealy)**

Earthwise Living Day Committee Member Rita Burnside and Staff Liaison Yvonne Acuna presented the Annual Report.

- William Johnson - spoke about glass no longer being recycled.

| RESULT: | PRESENTED |
|---------|-----------|

## Presentation - Diabetes Awareness Month (Elliott Gangwer and Wyatt Gimbel)

LVFD Chief Michael Naughton and Wyatt Gimbel gave a presentation on Diabetes Awareness. Wyatt Gimbel is a nine-year-old, with Type 1 Diabetes who wanted to work with Chief Naughton to help educate the public on the signs, symptoms and prevention of Type 1 and 2 Diabetes.

Mayor Riley introduced Wyatt's mother, Heather who is the daughter of City Secretary Saundra Passailaigue. Wyatt's siblings were also present.

| RESULT: | PRESENTED |
|---------|-----------|

## Presentation of a Proclamation Declaring November 14, 2019 as "Diabetes Day" in the City of Leon Valley, Texas (Mayor Chris Riley, Elliott Gangwer and Wyatt Gimbel)

Mayor Chris Riley read aloud and presented a Proclamation declaring November 14, 2019, Diabetes Day in the City of Leon Valley, Texas, to LVFD Fire Chief Michael Naughton and Wyatt Gimbel.

| RESULT: | PRESENTED |
|---------|-----------|

## Presentation of the Soap Box Derby Wrap-Up (Maribel Mendoza, Special Events Coordinator)

Special Events/Community Center Manager Maribel Mendoza presented the Soap Box Derby Wrap-up.

After the presentation and a very brief discussion, Mayor Riley and Special Events/Community Center Manager Mendoza presented the following volunteers and sponsors with a Certificate of Appreciation and a small token of their appreciation.

Banis Towing, Beth Federico and Family, Chris Moreno and Family and J.B. Woolf Sheds.

Those who were not present were Pena Brothers Upholstery, The Church of Latter-day Saints and Billy Ward.

| RESULT: | PRESENTED |
|---------|-----------|

## Presentation and Feedback Regarding the Reorganization of the Planning and Zoning Department. (M&C # 2019-11-05-01 B. Melland)

Planning and Zoning Director Brandon Melland presented this item to receive direction regarding the reorganization of the Planning and Zoning Department to include the elimination and creation of new positions.

| RESULT: | PRESENTED |
|---------|-----------|

## CITY MANAGER'S REPORT

City Manager Kelly Kuenstler reminded everyone that the City Manager's Report is posted on the website as well as placed on the table in the foyer for all interested. City Manager Kuenstler then supplemented that report with new information with: a) received a phone call from resident, Marilyn Lemmon, who wanted to praise the Leon Valley Police Department for their dedication, caring and professionalism; b) a Flood Insurance Postcard has been mailed out to all residents inviting them to participate in a meeting on November 16th from 10:00 a.m. to noon at the Conference Center; c) will begin to feature business with a coupon offering in the E-News and in the next month or two will bring forward guidelines to you on when a business can be featured such as they have to have a current Certificate of Occupancy, proper zoning, etc. Can I get a consensus that you are ok with a business feature in the E-news on a first come, first served basis until we have guidelines to present to you?; d) secured Dr. Francine Romero as the 2020 Town Hall Meeting Moderator, is the list of topics finalized?

Mayor Riley asked to please add this item to the next regular agenda and for prioritization and questions.

**Upcoming Important Events:**

- Next Regular City Council Meeting Tuesday, November 19, 2019, at 6:00 p.m. in Council Chambers
- City offices will be closed on Monday, November 11, 2019, in observance of Veterans' Day
- Neighborhood Heroes Boots & Badges Event, November 12, 2019, at Whataburger, 7016 Bandera Road from 5:00 p.m. to 7:00 p.m.
- City offices will be closed on Thursday, November 28, 2019 and Friday, November 29, 2019, in observance of the Thanksgiving Holiday
- Annual Christmas Tree Lighting December 2, 2019, at 5:30 p.m. at the Leon Valley Conference Center
- Annual Breakfast with Santa on December 7, 2019, at the Community Center Sponsored by the Friends of the Leon Valley Public Library and the Leon Valley Public Library from 8:00 a.m. - 10:30 a.m.
- Annual Town Hall Meeting, Saturday, January 25, 2020, from 8:30 a.m. to 12:30 p.m. at the Leon Valley Conference Center
- Miscellaneous other events and announcements

## CITIZENS TO BE HEARD

- William Johnson presented the resolution which was recently passed on Citizens to Be Heard.
- Olen Yarnell- asked to speak on agenda item 8.5.

- o   Mayor Riley informed Mr. Yarnell that item 8.5 has been moved up and he can speak on it soon.
- Phillip Riddle- spoke on the Trash and Treasure Event and said it was a good event and also thanked the City for donating all the trees he's been able to plant on his property.
- Richard Blackmore- spoke on the "trash" in his mailbox.

## ANNOUNCEMENTS BY THE MAYOR AND COUNCIL MEMBERS

- Councilor Donna Charles thanked everyone for attending tonight's City Council Meeting and said "not voting is not a protest but surrender".
- Councilor Catherine Rodriguez thanked everyone for attending tonight's City Council Meeting and informed that she attended Representative Lopez' Women in Positions of Leadership Event, wished she had seen more women and added that it was a great opportunity for networking.
- Councilor Monica Alcocer informed everyone that she voted last weekend while attending the Trash and Treasure Event and said she was lucky she was able to receive an extra tree, informed that Costco is selling Aquarium tickets at a reasonable price and reminded everyone to be kind to each other.
- Councilor Matthew Hodde thanked everyone for attending tonight's City Council Meeting, said he looks forward to the Council Retreat as he would like to learn more and read aloud a statement from Ellen DeGeneres.
- Councilor Will Bradshaw informed everyone that he also voted today and said that the new voting machines are fantastic and encouraged everyone to go vote: "If you don't vote, you can't complaint", he thanked everyone for attending tonight's City Council Meeting.
- Mayor Riley informed everyone that she attended Judge Nelson Wolff's Quarterly Meeting for Suburban Mayors and said it was beautiful and received a book "The Changing Phase of San Antonio…" and would like to donate it to the Leon Valley Public Library; the Bandera Road Working Group met this afternoon- a lot of energy and received really good news from TxDOT Associate Director Jonathan Bean and shared that TxDOT received four million dollars ($4,000,000) for sidewalk improvements for Bandera Road from Braun Road to 410 and will be able to implement the donation within the next year or so; preparing a presentation that will be held at the Leon Valley Community and Conference Center on Wednesday, December 11th from 5 p.m.- 7 p.m. where TxDOT will present all of the of the data they have collected on how people interact with Bandera Road; thanked County Commissioner Justin Rodriguez for allocating in their FY 2020 one-point three million dollars ($1,300,000) to the City of Leon Valley for the Seneca West Flood Control Project and Melinda will bring that back to us to go over; Happy Veterans Day, we really appreciate everyone that have served and continue serving our country, City Hall will be closed on Monday for Veterans Day.

## CONSENT AGENDA

A motion was made by Councilor Monica Alcocer and seconded by Councilor Will Bradshaw to adopt Consent Agenda Items 6.1, 6.2 and 6.3 as presented.

| | |
|---|---|
| **RESULT:** | **ADOPTED [UNANIMOUS]** |
| **MOVER:** | Monica Alcocer, Mayor Pro-Tem, Council Place 3 |
| **SECONDER:** | Will Bradshaw, Council Place 5 |
| **AYES:** | Monica Alcocer, Donna Charles, Catherine Rodriguez, Matthew Hodde, Will Bradshaw |

**Consideration of the Following City Council Minutes:**

    a. **Special Meeting- July 9, 2019 5:30 PM**
    b. **Special Meeting for Executive Session- October 15, 2019 5:30 PM**
    c. **Coffee with the Mayor and City Council- October 19, 2019 9:00 AM**
    d. **Special Meeting- October 19, 2019 11:01 AM**

**Acceptance of Committee Minutes:**

**Discussion and Possible Action a Resolution of the City of Leon Valley, TX., City Council Appointing Members to the Library Board of Trustees, and the Economic & Community Development Advisory Committee (M&C # 2019-11-05-02 S. Passailaigue)**

## ORDINANCE

**Discussion and Possible Action of an Ordinance Reserving a 2.054 Acre Area at the Huebner-Onion Natural Area Park for Future Public Improvements (1st Reading was Held on 10-15-2019) (M&C # 2019-10-15-03 M. Moritz)**

City Manager Kelly Kuenstler notified City Council that Public Works Director Melinda Moritz had an emergency and will not be able to attend tonight's meeting. City Manager Kuenstler informed Council that there were no changes since the 1st read.

A motion was made by Councilor Monica Alcocer and seconded by Matthew Hodde to approve the agenda item as presented.

| | |
|---|---|
| **RESULT:** | **ADOPTED [UNANIMOUS]** |
| **MOVER:** | Monica Alcocer, Mayor Pro-Tem, Council Place 3 |
| **SECONDER:** | Matthew Hodde, Council Place 4 |
| **AYES:** | Monica Alcocer, Donna Charles, Catherine Rodriguez, Matthew Hodde, Will Bradshaw |

**Discussion and Possible Action on an Ordinance Authorizing a Budget Adjustment for the 2020 fiscal year in the Amount of $310,000 From the General Fund Reserves to Allow for the Purchase of a New Ambulance, with required equipment, for the Fire Department. (1st Read was Held 10-15-2019) (M&C # 2019-11-05-04 M. Naughton)**

Fire Chief Michael Naughton presented this 2nd read ordinance to authorize a budget adjustment for the 2020 fiscal year in the amount of $310,000 from the General Fund Reserves to allow the purchase of a new ambulance, with required equipment for the Fire Department.

Chief Naughton said there were no changes since the 1st read.

Councilor Will Bradshaw asked why this did not come to City Council for approval during the budget that just passed in August. Chief Naughton replied that this item took one year to review; the budget was done and turned in by June. Councilor Bradshaw asked if he didn't foresee the need of an ambulance. City Manager Kelly Kuenstler interrupted the discussion and replied that Chief Naughton was not ready to make that decision at that time based on the equipment they had and added that Chief Naughton tried to fix and put in service an ambulance they had but it didn't work out.

A motion was made by Councilor Donna Charles and seconded by Councilor Catherine Rodriguez to approve item 7.2 as presented.

| | |
|---|---|
| **RESULT:** | **ADOPTED [UNANIMOUS]** |
| **MOVER:** | Donna Charles, Council Place 1 |
| **SECONDER:** | Catherine Rodriguez, Council Place 2 |
| **AYES:** | Monica Alcocer, Donna Charles, Catherine Rodriguez, Matthew Hodde, Will Bradshaw |

**Discussion and Possible Action on an Ordinance Amending Chapter 2 Animal Control of the Leon Valley Code of Ordinances and Appendix A Fee Schedule (3rd Read - 1st Read was Held on 09-30-2019; 2nd Read was Held 10-15-2019) (M&C # 2019-11-05-05 J. Salvaggio)**

Police Chief Joseph Salvaggio presented this 3rd read ordinance to amend Chapter 2 Animal Control of the Leon Valley Code of Ordinances and Appendix A Fee Schedule.

Chief Salvaggio informed the Council that Councilor Matthew Hodde, Mr. Jed Hefner and Code Enforcement / Animal Control Officer Heather Rodriguez met with him and came up with some notes regarding this item. Chief Salvaggio asked Mr. Hefner to come up and share the notes with Council.

Mr. Hefner thanked Council for their patience with this item and presented proposed changes to the Ordinance. Those changes were as follows:

Editorial Changes- for clarity or uniformity
- Section 2.01.001-Definitions-
  - Coop & Run-Add "square feet" to definition
  - Domestic Fowl-added additional details around what animal breeds classify as domestic fowl
  - Livestock-
  added additional details around what animal breeds classify as livestock
  - Prohibited animals-edited swine entry to exclude miniature pigs per constituent request
- Section 2.01.002- General regulations as to care, keeping, use of animals
  - Edited to update section numbers following content changes

- Section 2.01.003- Animal nuisances
  - o Clarified (a. run at large) to remove redundant language and reference clear definition of "run at large". Brought in sync with 2.01.015
  - o Clarified (g) to differentiate residential and commercial properties and respective feral cat limits
- Section 2.01.004- Violations
  - o Added language requiring evidence from the complainant in order to result in a court summons
- Section 2.01.008-Livestock running at large
  - o Edited to change "large animals" to "livestock" and better align to clear definitions from Section 2.01.002
  - o Eliminated redundant language outlining the types of livestock
- Section 2.01.010-Keeping horses and livestock
  - o Edited to better align to clear definition of "livestock" from Section 2.01.002
  - o Edited for clarity and flow

Content Changes- changes in scope, function or enforcement of the ordinance
- Section 2.01.002-Definitions
  - o Removed (b-salt) and (c-horse shoes) per constituent input.
  - o Added (m) requiring cats allowed outdoors to be spayed/neutered
- Section 2.01.013-Maximum number of animals
  - o Content changes for max number of animals based on regional municipal trends, CPAC input, and department animal control officer feedback.
  - o Separate limits for different categories of animals (1. Dogs/cats, 2. Fowl/rabbits, 3. Livestock, 4. Total animal limits)
  - o Organized and consolidated sections by lot size into (a) lots less than 1 acre, (b) 1-2 acres, (c) more than 2 acres
  - o Updated section lettering remaining sections (d) through (i)
- Section 2.01.015-Keeping animals other than dogs, cats or horses
  - o Changed (b) from "Enclosure required" to "Running at large prohibited"
  - o Streamlined language leveraging the clear definition of "run at large" from Section 2.01.002
  - o Added recommendation for owners to keep such animals in a predator resistant shelter to reduce occurrence of predation
  - o Removed setback requirements to avoid economic discrimination and potentially dangerous living conditions for animals
  - o Changed (c) (2) to require access to Coop and Run, and removed redundant language
  - o Changed (c) (3) to remove "housed and confined" requirement, rather animals must be "kept" so as not to cause a nuisance
  - o Added subsection 5- details on keeping of miniature pigs per constituent request
- Section 2.01.017- Removal of animal waste; sanitation standards
  - o Edited for clarity and flow. Removed redundant and non-applicable content.

  o   Based language around established nuisance language-subsection (d)

- Councilor Will Bradshaw asked Mr. Hefner to confirm if the blue text is what CPAC provided and the red text what Mr. Hefner and Councilor Hodde recommended.
  o   Mr. Hefner said yes.

Chief Salvaggio clarified that the reason they focused on cats, chickens and dogs is because that was the direction he received from Council.

- Councilor Donna Charles spoke and said that Council need to pay attention to any feedback citizens might have.

- Councilor Catherine Rodriguez said she agrees with Councilor Charles and said that she doesn't know how to approach this but to listen to what citizens have to say.

- Mayor Riley said that it will be helpful if they go through the black, blue and red and asked to please finish the draft as this item is in the Town Hall Meeting Agenda, she would like input from the citizens.

- Councilor Monica Alcocer said she agrees with what Chief Salvaggio said regarding the focus on cats, chickens and dogs and proposed to remove everything else from Chief Salvaggio' s power point presentation and keep items on cats, chickens and dogs only.
  o   Chief Salvaggio clarified that the only section from his presentation that doesn't talk about cats, chickens and dogs is the nuisance section and explained that the reason the power point is so long is because they spoke on cats for so long and it contains information from surveys.

There was a lengthy discussion on this item.

- Lyn Joseph asked Mr. Hefner for clarification on a dog owner being responsible for not allowing the dogs to run free.
  o   Mr. Hefner replied and said that if an animal is running at large they would be in violation of the Ordinance and animal control will be able to enforce that.

There was a consensus among members of City Council to have Chief Salvaggio clean up Section 1-17 and bring it back to the next regular Council meeting.

- William Johnson spoke on an issue he had with his neighbor's dogs and the solution they had which violates City Code.

## REGULAR AGENDA

**Presentation and Discussion on an Ordinance Amending the Leon Valley Code of Ordinances to Possibly Change the Meeting Dates, Duration and Times of the City Council Meetings (1st Reading as Required by City Charter) (M&C # 2019-11-05-10 Councilor Monica Alcocer and Councilor Matthew Hodde)**

Councilor Monica Alcocer and Councilor Matthew Hodde proposed to amend the Leon Valley Code of Ordinances to possibly change the meeting dates, duration and times of the City Council Meetings.

Councilor Alcocer proposed the following:
- Limit the time for Council Meetings to three (3) hours
- Have one meeting per month during day-time (i.e. from 3:00 p.m. - 6:00 p.m.)

Councilor Will Bradshaw agreed to limit the time of the meetings to three (3) hours and recommends identifying each item from an agenda to verify that the item will not take 6 hours of their time. Councilor Bradshaw added that he does not agree with having a day-time meeting as most citizens work and will not be able to attend meetings during the day-time. He recommends moving the meeting to 7:00 p.m. and end by 10:00 p.m. to get more citizens to attend.

Councilor Donna Charles likes the idea of having special meetings for lengthy items such as the "Animal Ordinance" and would like to try a day-time meeting but knows that not everybody will be able to attend because of work schedules.

Councilor Catherine Rodriguez agreed with Councilor Charles and is in favor of cutting down the time of each meeting. Councilor Rodriguez asked if after reviewing an agenda it be possible for a citizen to reach out to a department head with questions they might have.
- o City Manager Kelly Kuenstler said department heads are available from 3-6 to answer any questions.

Mayor Riley explained that all agendas are generated by staff and informed that she had previously proposed to City Manager limiting the number of presentations per meeting.

City Manager Kelly Kuenstler proposed to Mayor Riley to read a proclamation only once instead of reading it each time an award is presented.
- o Mayor Riley said that she can definitely do that to reduce each meeting time and added that she would like to move all 2nd reads to the consent agenda.
- o City Attorney Denise Frederick advised that Council can most definitely move 2nd reads to consent agendas but asked to read the caption.

Councilor Bradshaw asked if citizens have come forward and asked for a day-time meeting.
- o Councilor Hodde said that he was unable to provide detailed information to Councilor Bradshaw when he asked for it because he is hypersensitive when it comes to open meetings.

There was a lengthy discussion on this item.

- Johnny Garrett- spoke in opposition of the day-time meetings as most people work during the day.
- Olen Yarnell- asked if there's anywhere on the packet where he can find where Councilor Hodde 2nded the issue on the Council meeting time.
  - City Secretary Saundra Passailaigue clarified that the M&C that is included in the packet explains that the charter doesn't require a 2nd in writing any longer.
- Albert Alcocer asked to try the ideas which were brought to the table and see the results.
- Irene Baldridge- spoke in opposition to changing the meeting dates and times.
- Benny Martinez- spoke in opposition to changing the meeting dates and times and recommends that the Mayor should have the final approval on all agenda items.
- Drew Power- spoke in favor to changing the meeting dates and times.
- William Johnson shared that the use of social media is not being utilized as it should be.
- Pat Martinez spoke in response to Councilor Alcocer statement regarding having the same people attending City Council Meetings and finds it offensive that she would say something like that.

| RESULT: | FIRST READ |
|---------|-----------|

**Presentation, Discussion and Public Hearing on the Amendment of Chapter 15, Zoning Code of the City of Leon Valley Code of Ordinances to Establish a "PD" Planned Development Zoning District and Associated Use and Development Standards. (1st Reading as Required by City Charter) (M&C # 2019-11-05-06 B. Melland)**

Planning & Zoning Director Brandon Melland presented the Public Hearing to amend Chapter 15, Zoning Code of the City of Leon Valley Code of Ordinances to establish a Planned Development Zoning District (PD) and Associated Use and Development Standards.

There was a consensus to move item number 8.1, 8.2 and 8.4 to November 19, 2019.

Councilor Will Bradshaw thanked Director Melland for his presentation and for putting together a study comparing other cities in the area in regards to this item.

| RESULT: | TABLED [UNANIMOUS] |
|---------|--------------------|
| MOVER: | Monica Alcocer, Mayor Pro-Tem, Council Place 3 |
| SECONDER: | Donna Charles, Council Place 1 |
| AYES: | Alcocer, Charles, Rodriguez, Hodde, Bradshaw |

**Presentation and Discussion on an Ordinance Amending the Leon Valley Code of Ordinances Appendix A, Fee Schedule, Article A13.000 Zoning Administrative Fees, Establishing Planned Development District Zoning Request Fees. (1st Reading as Required by City Charter) (M&C # 2019-11-05-07 B. Melland)**

| RESULT: | TABLED [UNANIMOUS] |
|---|---|
| **MOVER:** | Monica Alcocer, Mayor Pro-Tem, Council Place 3 |
| **SECONDER:** | Donna Charles, Council Place 1 |
| **AYES:** | Alcocer, Charles, Rodriguez, Hodde, Bradshaw |

**Presentation and Discussion of an Ordinance of the City Council of the City of Leon Valley, Texas, Approving the City Manager's Appointment of the Law Firm of Denton Navarro Rocha Bernal & Zech, PC to Provide Legal Services as City Attorney and Designating a City Attorney and Assistant City Attorneys (1st Read as Required by City Charter)  (M&C # 2019-11-05-08 K. Kuenstler)**

City Manager Kelly Kuenstler presented an ordinance to approve the City Manager's appointment of the Law Firm of Denton Navarro Rocha Bernal & Zech, PC to provide legal services as City Attorney and designate a City Attorney and Assistant City Attorneys.

City Manager Kuenstler notified Council that she was able to negotiate proposed fees and came to a potential agreement with the firm but it requires the approval of the City Council. City Manager Kuenstler added that Charles Zech will be the City Attorney, Matthew Longoria will be the designated Municipal Court Prosecutor and Habib H. Erkan, Jr. will be the designated Planning & Zoning Attorney and land use attorney.

City Manager Kuenstler concluded her presentation and recommended the above firm and requested Council's approval.

Mayor Chris Riley asked if Habib Erkan would attend every zoning meeting or just as needed. City Manager Kuenstler replied that she would leave it up to Planning & Zoning Director Brandon Melland.

Mayor Riley said that for 66 years the City of Leon Valley never had a City Attorney for zoning meetings.

Councilor Monica Alcocer asked what the process will be like if someone from Council tries to contact the City Attorney. City Manager Kuenstler replied that any and all inquiries would come to her office first and a decision would be made to contact the City Attorney depending on the circumstance of the subject.

| RESULT: | FIRST READ |
|---|---|

**Presentation and Provide Feedback to Staff Regarding the Development of a Request for Proposals for Planning Services to Update the City's Current Comprehensive Master Plan.  (M&C # 2019-11-05-09 B. Melland)**

| RESULT: | **TABLED [UNANIMOUS]** |
|---|---|
| **MOVER:** | Monica Alcocer, Mayor Pro-Tem, Council Place 3 |
| **SECONDER:** | Donna Charles, Council Place 1 |
| **AYES:** | Alcocer, Charles, Rodriguez, Hodde, Bradshaw |

## CITIZENS TO BE HEARD

No comments from the public.

## ADJOURNMENT

Mayor Riley announced that the meeting adjourned at 10:38 PM.

**These minutes approved by the Leon Valley City Council on the 5th of May, 2020.**

APPROVED

**CHRIS RILEY**
MAYOR

ATTEST:

**SAUNDRA PASSAILAIGUE, TRMC**
CITY SECRETARY



## CITY OF LEON VALLEY
## CITY COUNCIL REGULAR MEETING
Leon Valley City Council Chambers
6400 El Verde Road, Leon Valley, TX 78238
Tuesday, November 19, 2019

### MINUTES

**6:00 PM** Call to Order, Determine a Quorum is Present, Pledge of Allegiance.

| Attendee Name | Organization | Title | Status | Arrived |
|---|---|---|---|---|
| Chris Riley | City of Leon Valley | Mayor | Present | |
| Monica Alcocer | City of Leon Valley | Mayor Pro-Tem, Council Place 3 | Present | |
| Donna Charles | City of Leon Valley | Council Place 1 | Present | |
| Catherine Rodriguez | City of Leon Valley | Council Place 2 | Present | |
| Matthew Hodde | City of Leon Valley | Council Place 4 | Present | |
| Will Bradshaw | City of Leon Valley | Council Place 5 | Excused | |

Also present was City Manager Kelly Kuenstler, ACM/HR Director Crystal Caldera, City Secretary Saundra Passailaigue, Public Works Director Melinda Moritz, Public Works Assistant Director David Dimaline, Finance Director Vickie Wallace, Assistant Finance Director Floyd Messick, LVFD Chief Michael Naughton, Assistant Fire Chief Eric Burnside, Deputy Fire Marshal Justin Garcia, LVPD Chief Joseph Salvaggio, LVPD Assistant Chief Ruben Saucedo, Planning & Zoning Director Brandon Melland and various LVPD staff.

Mayor Chris Riley welcomed everyone and asked Councilor Matthew Hodde to lead the Pledge of Allegiance.

Mayor Riley asked for all cell phones to be silenced and that if anyone in the audience needed to speak with their neighbor, they take it to the foyer so they don't disturb the meeting.

Lastly, Mayor Riley reminded everyone that local rules allow citizens input on agenda items and asked that if anyone needed to speak, to please come up to the podium.

## PRESENTATIONS

### Administration of the Oath of Office to Deputy Fire Marshal Elliott Gangwer (Mayor Chris Riley)

Mayor Riley administered the Oath of Office to Deputy Fire Marshal Elliott Gangwer.

- William Johnson spoke and said he had a problem with the Oath's wording, "I have not pledged anything valuable" and said "Mr. Gangwer has pledged his

the Blue Santa Program. d) Bexar County has let us know that their contractors went around last week to mark the locations where the equipment will be installed for the Flood or HALT gates. This is so they can call Utility Locate Services (811) before starting digging operations. They are still not sure when they will start working on Leon Valley but they just alerted us that this part was being done. They are looking at possibly starting the first week of December but that is for all locations. They will give us advance notice before starting any operations in Leon Valley. e) Movies in the Park- we are proposing (through the Pool Committee) that we do Movies at the Pool vs. Movies in the Park- they will begin Memorial weekend, May 23rd- this kick off movie will be "Finding Dory". f) There was a meeting with all the Department Directors to speak about a Succession Plan. The City Manager does not have one and we are going to fix this. We will assign half of the Departments to ACM/HR Director Crystal Caldera and I will appoint a 2nd ACM to oversee the other half of the Departments. There will be a no pay increase; all Directors have been given the opportunity to apply to obtain the experience.

ACM/HR Director Crystal Caldera announced that City Manager Kuenstler was nominated by her region as City Manager of the Year.

Mayor Riley asked if anyone had any questions or comments for the City Manager on her report.

Councilor Donna Charles spoke and said she really likes the idea of a Succession Plan for the City Manager as this is a great opportunity for staff to learn.

**Upcoming Important Events:**

- Next Regular City Council Meeting Tuesday, December 03, 2019, at 6:00 p.m. in Council Chambers
- City offices will be closed on Thursday, November 28, 2019 and Friday, November 29, 2019, in observance of the Thanksgiving Holiday.
- Annual Christmas Tree Lighting December 2, 2019, at 5:30 p.m. at the Leon Valley Conference Center.
- Annual Breakfast with Santa on December 7, 2019, at the Community Center Sponsored by the Friends of the Leon Valley Public Library and the Leon Valley Public Library from 8:00 a.m. - 10:30 a.m.
- Annual Town Hall Meeting, Saturday, January 25, 2020, from 8:30 a.m. to 12:30 p.m. at the Leon Valley Conference Center.
- Miscellaneous other events and announcements

| RESULT: | PRESENTED |
|---------|-----------|

## CITIZENS TO BE HEARD

- Steven Price: spoke about a notice he received yesterday from the Fire Chief asking to remove all BBQ Pits from their property and said it is unfair that residents are being asked to remove them.
  - LVFD Chief Michael Naughton responded and informed Council that this is not a

- Josh Stevens: presented images regarding traffic that the Leon Valley website gets during certain days.
- Richard Blackmore: apologized to ACM/HR Director Crystal Caldera, City Secretary Saundra Passailaigue, City Manager Kelly Kuenstler, Staff, Councilor Donna Charles, Councilor Catherine Rodriguez, Councilor Monica Alcocer and Councilor Matthew Hodde for his attitude from the last meeting.
- Albert Alcocer: spoke regarding a group of negative people who seem to be the same ones attending City Council meetings.

## ANNOUNCEMENTS BY THE MAYOR AND COUNCIL MEMBERS

- Councilor Donna Charles informed everyone that City Council attended the Census 2020 meeting last night and reminded everyone that the Census is just right around the corner and to please plan to participate and share the word with your neighbors. She also attended the Boots and Badges event at Whataburger and said that it was a good event- "A man wrapped up in himself makes a very small bundle".
- Councilor Catherine Rodriguez shared that Boots and Badges was exciting and that it was good to see how all the area Law Enforcement-Blues and Reds get together. "It gives us an opportunity to see who's protecting us in our City", she said.
- Councilor Monica Alcocer informed that she received comments from the community saying that they wished the City had advertised the Boots and Badges event in advance as many wanted to attend. She agreed that the event was nice and said there was a lot of attendance; she saw multiple agencies in attendance as well. "Happy Thanksgiving to everybody, thank you Mr. Riddle for your shirt, smile- you're on candid camera" she concluded.
- Councilor Matthew Hodde greeted everyone and clarified regarding the "Citizens to be Heard"- "[…] the time can be extended to 5 minutes, 3 minutes is simply to try and keep it at a reasonable amount of time […]", he said. Councilor Hodde informed everyone that he also attended the Boots and Badges event and really enjoyed it, he added that he also attended the Library Board of Trustees Meeting for the first time and the Sign Code Update Advisory Meeting; he thanked all volunteers for their time. He encouraged everyone to "talk to staff" and know that they are "cohesive, helpful and accessible".
- Mayor Riley agreed that Boots and Badges was a great event despite the cold weather and thanked everyone who worked on putting it together, "more publicity would be good", she said. Mayor Riley also admired the Veterans Day Ceremony and thanked Chief Salvaggio and his granddaughter for doing a great job in honoring the Veterans of Leon Valley; Senator Menendez was a guest speaker and she's glad they were able to attend. Mayor Riley emphasized about the Bandera Road Work Group/ TxDOT Meeting which will take place at the Conference Center on December 11, 2019 from 5:00 p.m. to 7:00 p.m.; I received an email from John Marshall High School regarding their In-Kind-Grant application and will read it aloud.

## CONSENT AGENDA

A motion was made by Councilor Donna Charles and seconded by Councilor Monica Alcocer to adopt Consent Agenda Items 6.1, 6.2 and 6.3 as presented.

City Manager Kuenstler informed Council that the swearing of the Prosecutor and the Attorney will take place at next City Council meeting.

| RESULT: | ADOPTED [UNANIMOUS] |
|---|---|
| MOVER: | Monica Alcocer, Mayor Pro-Tem, Council Place 3 |
| SECONDER: | Matthew Hodde, Council Place 4 |
| AYES: | Monica Alcocer, Donna Charles, Catherine Rodriguez, Matthew Hodde |
| EXCUSED: | Will Bradshaw |

**Discussion and Possible Action on an Ordinance Amending the Leon Valley Code of Ordinances to Possibly Change the City Council Meeting Dates, Duration and Times of the City Council Meetings (1st Read was Held 11-05-2019) (M&C # 2019-11-19-05 Councilor Monica Alcocer and Councilor Matthew Hodde)**

Councilor Matthew Hodde proposed having a discussion on this item tonight as a 2nd reading and add a 3rd reading to have Councilor Will Bradshaw present as well.

Councilor Monica Alcocer said that she would like to discuss this item as planned and believes a 3rd reading will not be necessary as this item will go over "a basic request".

There was discussion on an ordinance amending the Leon Valley Code of Ordinances to change the City Council meeting dates, duration and times of the City Council meetings.

- Lyn Joseph: spoke on Councilor Bradshaw's desire to have a three (3) hour meeting and asked for someone to check with him and find out if that's really what he wants. "It sounds like Council wants to streamline everything to where citizens will not have that much capability of input […]", she said. She believes Council should give citizens more consideration.
- Drew Power: asked for clarification regarding the times proposed.
- Josh Stevens: made a Google Analytics clarification; "the average saturation and both the bounce rate are not going to be useful at all […]", he said.
- Pat Martinez: spoke on Councilor Bradshaw's right to be present for this item.
- Irene Baldridge: spoke on regular meeting times starting at 7:00 p.m.
- Josh Stevens: read aloud a text message he just received from Councilor Bradshaw, "I wish they would make this more about the citizens and not about me."
- Kim Crawford: spoke in objection to the term "pre-meeting" and proposed to start the regular meeting at 5:30 p.m.
- William Johnson: spoke in regards to the poll Councilor Bradshaw made for meeting times. "The poll was tailored to focus on Leon Valley community only", he said.
- Maria Gamboa: spoke on citizens who are interested will attend the meetings.
- Richard Blackmore: spoke on the population of Leon Valley residents who actually participate on City Council meetings, "very few voice their opinion" he said.

Councilor Hodde said he does not believe there's anything wrong with this proposal. "I don't think Ms. Alcocer is trying to cut people out, we are just trying to see different options," he said.

| | |
|---|---|
| **RESULT:** | **DEFEATED [2 TO 1]** |
| **MOVER:** | Monica Alcocer, Mayor Pro-Tem, Council Place 3 |
| **SECONDER:** | Donna Charles, Council Place 1 |
| **AYES:** | Monica Alcocer, Donna Charles |
| **NAYS:** | Matthew Hodde |
| **ABSTAIN:** | Catherine Rodriguez |
| **EXCUSED:** | Will Bradshaw |

**Presentation, Discussion and Public Hearing on the Amendment of Chapter 15, Zoning Code of the City of Leon Valley Code of Ordinances to Establish a "PD" Planned Development Zoning District and Associated Use and Development Standards.   (1st Reading held on November 5, 2019) (M&C # 2019-11-19-06 B. Melland)**

Planning & Zoning Director Brandon Melland presented this 2nd read ordinance to amend Chapter 15 of the City's Zoning Code to establish a Planned Development Zoning District (PD) and Associated Use and Development Standards.

Planning & Zoning Director Melland asked if anyone had any questions about PD.

Mayor Riley asked why the Mixed-Use Development can't be used and what the difference between both developments is. Planning & Zoning Director Melland said that in regards to the development at Poss Road, the Mixed-Use Zoning classification cannot be used because that classification is very prescriptive, he said that the classification says: "you may use this, provided you do these things [...]". Mr. Melland continued and said that for a development like the mixed-use project that is proposed, that project needs flexibility.

"Is Specific Use Permits part of this process?" Mayor Riley asked. Planning & Zoning Director Melland replied that Specific Use Permits (SUP) can be a way to authorize one certain use that may not be allowed by right, but an SUP process is only additive.

There was a lengthy discussion regarding this item.

Planning & Zoning Director Melland informed the Council that he amended the presentation and Ordinance and notified everyone that City Attorney Habib Erkan assisted with this Ordinance. Mr. Melland stated that this is a proposed code amendment to establish a PD. Staff is recommending the creation of this new zoning district for the general purpose of providing additional zoning flexibility for future projects while the City is in the process of developing significant revisions to its zoning code that will ultimately provide a more permanent long-term solution to address the complexity of existing and future land uses throughout the City.

Staff is also recommending the creation of a PD District at this time because it is working to provide a creative and responsible method for processing two upcoming development projects which the Zoning Commission has recently been briefed on:  the Paradise Car Wash expansion; and a potential high-density mixed-use development project on the 3-acre site tract located at 6758 Poss Road.

responded that Animal Control relies on spot checks and annual checks.

"What is the difference between a dangerous dog and a vicious animal and why haven't we seen that in Leon Valley" Mayor Riley asked. Chief Salvaggio said that it is a new provision that was not part of the Leon Valley Ordinance. City Attorney Erkan added that Dangerous Dogs Provisions is in the Texas Health Code and that the distinction is that you cannot have a vicious animal but possibly could have a dangerous dog if you take precautions. Chief Salvaggio presented the definition of a vicious animal and a dangerous dog.

There was a lengthy discussion on this item.

- Lyn Joseph: asked if Animal Control check if cats are chipped as soon as they get picked up.
  - Chief Salvaggio said that he has never heard of a chipped cat and he would need to get with Animal Control Officer Heather Rodriguez in order to answer that question but that dogs are being checked all the time.
- Kim Crawford: spoke and said that the statement about "everyone who has cats and dogs is a breeder" is not true. "Not everyone who has a dog is a professional breeder", she added.

Chief Salvaggio said that his team will educate citizens and not just give citations; everyone will receive all the information necessary to comply with the law.

A motion was made by Councilor Matthew Hodde and seconded by Councilor Donna Charles to adopt the ordinance as amended.

| | |
|---|---|
| **RESULT:** | **ADOPTED AS AMENDED [UNANIMOUS]** |
| **MOVER:** | Matthew Hodde, Council Place 4 |
| **SECONDER:** | Donna Charles, Council Place 1 |
| **AYES:** | Monica Alcocer, Donna Charles, Catherine Rodriguez, Matthew Hodde |
| **EXCUSED:** | Will Bradshaw |

## REGULAR AGENDA

**Discussion and Possible Action to Consider Swimming Pool Facilities and Operations, and Approval of a Resolution Authorizing the Extension of an Agreement with San Antonio Pool Management Company to Operate and Manage both City Swimming Pool Facilities for the FY 2020 Swim Season (M&C # 2019-11-19-08 M. Moritz)**

Public Works Director Melinda Moritz presented this resolution to consider swimming pool facilities and operations and to authorize the extension of an agreement with San Antonio Pool Management Company to operate and manage both City swimming pool facilities for the FY 2020 Swim Season.

Public Works Director Moritz gave a brief background on the item by saying that it was considered at the September 30, 2019 City Council meeting and staff was directed to return

Planning and Zoning Director Brandon Melland presented this 1st read ordinance to amend the City's Code of Ordinances Appendix A, Fee Schedule, Article A13.000 Zoning Administrative Fees, establishing Planned Development District Zoning Request Fees.

Planning and Zoning Director Melland explained that this amendment/addition to the City's Fee Schedule is necessary because the Planned Development District (PD) is a new type of zoning that the fee schedule does not address. Additionally, the PD creation process is more intensive than a standard zone change. Therefore, separate fees are necessary to ensure that City recovers its costs on zone changes involving PD Districts.

The proposed fees are as established in the attached Exhibit A. These fees were generated by looking at peer cities and by analyzing the number of public hearings required for a PD District zoning, compared to standard zone changes.

Planning and Zoning Director Melland concluded his presentation by saying that staff recommends approval as presented.

| RESULT: | FIRST READ | |
|---------|------------|---|

## Discussion and Placement of Items Approved by the Council Regarding the 2020 Town Hall Agenda (M & C # 2019-11-19-13 K. Kuenstler)

City Manager Kelly Kuenstler asked Council for a final consensus on the 2020 Town Hall meeting agenda.

Mayor Riley asked for clarification on the Water Main Conditions Item. City Manager Kuenstler said that it is her understanding that staff was going to explain to citizens the water structure, the age of the infrastructure, the number of breaks, why they break and what needs to be replaced.

Councilor Monica Alcocer asked to reduce the Home Rule Charter Item to 30 minutes and to increase the time on the Pool Update Item to 30 minutes.

There was a consensus for the prioritization and order of events and they are as follows:

1. Introduction & Procedures - Dr. Francine Romero (5 minutes)
2. Update from 2019 Town Hall Meeting - Kelly Kuenstler, City Manager (10 minutes)
3. Citizens Input on Dates and Times of Council Meetings (10 minutes)
4. Census 2020 Education - Lisa Martin & Rosie Amaya, Co-Chairs (20 minutes)
5. Home Rule Charter Amendment Update - David Jordan, Chair, Home Rule Charter Committee (30 minutes)
6. Comprehensive Analysis of Leon Valley Swimming Pools, Annex and Public Works Regarding ADA Compliance- David Dimaline, Public Works Assistant Director (60 minutes)
7. Bandera Road Update - Halff & Associates (10 minutes)
8. Water Main Conditions - David Dimaline, Public Works Assistant Director (10 minutes)

| RESULT: | APPROVED [UNANIMOUS] |
|---|---|
| MOVER: | Monica Alcocer, Mayor Pro-Tem, Council Place 3 |
| SECONDER: | Catherine Rodriguez, Council Place 2 |
| AYES: | Alcocer, Charles, Rodriguez, Hodde |
| EXCUSED: | Bradshaw |

**The City Council shall meet in Executive Session Pursuant to Texas Government Code 551.071(2) (Consultation on a Matter In Which the Duty of the Attorney to the Governmental Body under the Texas Disciplinary Rules of Professional Conduct of the State Bar of Texas Conflicts with this Chapter). (M&C # 2019-11-19-14 Councilor M. Alcocer and Councilor M. Hodde)**

Mayor Riley read the caption out loud and then the Members of City Council went into Executive Session at 11:20 p.m.

**Reconvene into Regular Session and take action on issues discussed in Executive Session if necessary**

Mayor Riley reconvened into Open Session at 11:42 p.m.

This item was moved to the December 3, 2019 agenda.

| RESULT: | NO ACTION TAKEN |
|---|---|

**CITIZENS TO BE HEARD**

None

**ADJOURNMENT**

Mayor Riley announced that the meeting adjourned at 11:59 PM.

**These minutes approved by the Leon Valley City Council on the 4th of June, 2020.**

APPROVED

*Chris Riley*

**CHRIS RILEY**
MAYOR

ATTEST: *Saundra Passailaigue*
**SAUNDRA PASSAILAIGUE, TRMC**
CITY SECRETARY