# 5:21-CV-00381-OLG

# EXHIBIT D

## REQUEST FOR PROPOSALS TO LAW FIRMS

**CITY OF LEON VALLEY**
**REQUEST FOR QUALIFICATIONS**

**CITY ATTORNEY SERVICES**

The City of Leon Valley is soliciting sealed proposals from law firms to provide City Attorney services. Law firms are invited to submit qualifications and sealed proposals for the provision of these services. In order to be considered, proposals must address each of the requests for information included herewith. In addition, information regarding rates and fees must be submitted on the sheet provided.

Any questions regarding this RFQ should be addressed to Kelly Kuenstler, City Manager, (210) 684-1391, ext. 219. Sealed proposals will be accepted by Rhonda Hewitt, Purchasing Agent, 6400 El Verde Road, Leon Valley, TX  78238, until 1:00 p.m., Tuesday, September 24, 2019. Proposals received after this time will be returned unopened. The City Attorney Services contract will be awarded by Council on Monday, September 30, 2019. The City of Leon Valley reserves the right to reject any and all proposals.

The scope of services for which fees and rates are requested is divided into four categories: general representation, special projects, litigation and municipal court prosecution. These categories are more fully described for your clarification. The firm will be required to provide a detailed, itemized billing for each category (including general representation), on a monthly basis.

I.   **General Representation**

   A.   Attendance of all City Council meetings, generally two per month - 1st and 3rd Tuesdays, beginning at 6:00p.m.

   B.   Consultation with City staff via telephone during normal business hours.

   C.   Preparation and review of Ordinances and Resolutions as required.

   D.   Preparation and review of contracts and other documents prior to City Council action.

II.   **Special Projects**

   This category includes any unusually large projects defined as ones that will require 20 hours or more of attorney time to handle. Examples of these special projects may include assistance in development of special purpose agreements or legal assistance to a City Council appointed committee.

III. **Litigation**

This category includes both preparation for trial and actual courtroom time for all litigation filed by or against the City, Zoning Commission hearings, Board of Adjustment hearings and condemnation proceedings.

IV. **Municipal Court Prosecution**
   A. Prosecution services needed for 49 court days held on Thursday (exception Thanksgiving) from 1:00 p.m. - 6:00 p.m.

   B. Prosecution for bench trials estimated at 12 trials for the year at three hours per trial, time and date to be determined.

   C. Prosecution for 3 jury trials for the year at 8 hours per trial, time and date to be determined.

**Statement of Qualifications**

Please attach responses to the following requests for information:

1. Name of firm and year organized (include address and telephone number).

2. Attach a list of Principals in the firm; include a biographical information of each. Include education, years of legal experience, years of municipal legal experience, and any areas of specialty within the field of municipal law.

3. Provide the name of the principal in the firm who will have responsibility for Leon Valley's dealings.

4. Attach a list of attorneys who will provide service to Leon Valley. Include a description of these attorneys' education, years of legal experience, years of municipal legal experience, and information on any areas of specialty within the field of municipal law.

5. Provide a list of current municipal clients, a contact person for each, and a telephone number for the contact person.

6. If your firm has represented a City during the last five years that it no longer serves, please provide the following information:

   1. Name of City,
   2. Name of contact person, and
   3. Reason that you no longer represent the City

7. Provide information regarding the number of City-related Civil District Court cases

actually tried to verdict or judgment during the past five years. This data should be provided for the firm, and for each attorney in the firm that will provide a significant level of service to Leon Valley. Information should also include the percentage of these cases "won".

8.     Provide the information requested in Number 7 above or the appeals court cases in which the firm represented the condemning agency.

9.     Provide the information requested in Number 7 above for eminent domain cases in which the firm represented the condemning agency.

10.    Please list any clients that you currently represent that could cause a conflict of interest with your responsibilities with the City of Leon Valley. Describe how you would be willing to resolve these or any future conflicts of interest.

11.    If your firm has filed any litigation in the past five years in which either the City of Leon Valley or one of its employees was named as a defendant, please describe the case(s).

12.    If you have filed any litigation in the past five years in which a municipality was a defendant, please describe the case(s).

**CITY OF LEON VALLEY**

**Proposed Fees**

**City Attorney Services**

The following rates are proposed by the firm of _____ for City Attorney services to the City of Leon Valley.

1.     General Representation

         Monthly Retainer                                       $_____

2.     Special Projects

         Hourly Rate                                           $_____

3.     Litigation

         Preparation Time - Hourly Rate            $_____

         Court Room Time - Hourly Rate          $_____

4.     Municipal Court Prosecution

         Preparation Time - Hourly Rate             $_____

         Court Room Time - Hourly Rate          $_____

I, _____ acting on behalf of the firm of _____ certify that I have reviewed and fully understand the City of Leon Valley's Request for Proposals for City Attorney services. I further certify and swear that the information submitted in response to the Request for Proposals is true, correct and fully shows all information required to be reported.

                                      By:_____

State of Texas           )
                       ) ss.
County of _____)
This instrument was acknowledged before me on _____ (date) by _____ (Name of signer[s]).


_____ (Signature of Notary)        (Seal of Notary)