# 5:21-CV-00381-OLG

# EXHIBIT E

DENTON LAW FIRM LETTER OF ENGAGEMENT

**DNRB·Z**
Denton Navarro Rocha Bernal & Zech, P.C.
attorneys & counselors at law • rampagelaw.com

San Antonio | Austin | Rio Grande Valley | Texas Gulf Coast

2517 N. Main Avenue, San Antonio, Texas 78212-4685
V 210-227-3243 I F 210-225-4481

November 14, 2019

Ms. Kelly Kuenstler  *Via Electronic Mail*
City Manager  *k.kuenstler@leonvalleytexas.gov*
City Leon Valley
6400 El Verde Road
Leon Valley, TX 78238

Re:   City Attorney Engagement

Dear Ms. Kuenstler:

Thank you and the City Council for your confidence in Denton Navarro Rocha Bernal & Zech, P.C. to be your City Attorney. As such, I submit this engagement letter to the City of Leon Valley, Texas on behalf of our firm, to provide City Attorney and Municipal Prosecutor services to the City. This engagement is terminable by either party at any time. Charles Zech, a Shareholder with the firm, is the designated City Attorney. All other attorneys are designated as Assistant City Attorneys.

The Firm's rates are as follow:

City Attorney and Special Projects Rates: $210 per hour for Partners; $180.00 per hour for Associates; $125 per hour for Law Clerks, and $95 per hour for Paralegals.

Municipal Prosecution Rates: $160 per hour for all attorneys and $95.00 per hour for Paralegals.

Litigation Rates: $350.00 per hour for Lowell Denton, $275.00 per hour for Partners other than Lowell Denton, $255.00 per hour for Associates; $125.00 per hour for Law Clerks, and $95.00 per hour for Paralegals.

Administrative proceedings, including but not limited to EEOC Claims, TWC Claims, F5 Appeals Rates: $245.00 per hour for Partners, $225.00 per hour for Associates, $125.00 per hour for Law Clerks, and $95.00 per hour for Paralegals.

Our invoices are due on receipt and are past due after thirty days. Unless identified, all staff member support time is provided at no charge. All related travel or other expenses are always charged "at cost" with no "mark-up" and all related mileage is charged by multiplying the actual miles traveled by the then current IRS rate. Copy rates are .20 cents per page, color copies are .70 cents per page, and fax rates are 50 cents per page. We do not charge Westlaw, Lexis, or any other online research fees. All invoices shall be sent to your office unless you direct otherwise.

Ms. Kelly Kuenstler
November 14, 2019
2 | P a g e

If approved, please execute this letter to act as our agreement and engagement on behalf of the City. Please return the executed letter to our office via (832) 632-2134 or by email at charles.zech@rampage-sa.com to acknowledge our representation.

We look forward to representing the City of Leon Valley. If you have any questions about the scope or terms of our engagement, please do not hesitate to call me at (210) 227-3243.

                                                Very truly yours,

                                                DENTON NAVARRO ROCHA BERNAL & ZECH
                                                A Professional Corporation

                                                Charles. E. Zech

Accepted:


_____      Date: _____
Ms. Kelly Kuenstler, City Manager
City of Leon Valley, Texas