# 5:21-CV-00381-OLG

# EXHIBIT F

PLAINTIFF'S PERSONNEL FILE EXCERPTS POSITION ELIMINATED

# CITY OF LEON VALLEY
## PERSONNEL ACTION REQUEST

**A** | EMPLOYEE NAME: Denise Frederick | SOCIAL SECURITY #: | STREET ADDRESS: | DOB:
PAYROLL #: | DEPT/ACCOUNTS: | GRADE/STEP: | HOME #: | CITY/STATE/ZIP:

**B** ABSENCE/REASON
- [ ] PERSONAL LEAVE
- [ ] ANNUAL LEAVE
- [ ] SICK LEAVE
- [ ] HOLIDAY LEAVE
- [ ] COMPENSATORY TIME
- [ ] MAJOR MEDICAL LEAVE
- [ ] LONG TERM LEAVE
- [ ] DEATH LEAVE
- [ ] AUTHORIZED PAID LEAVE
- [ ] UNAUTHORIZED UNPAID LEAVE
- [ ] JURY LEAVE
- [ ] OTHER

NUMBER OF HOURS TAKEN: 
DATES OF LEAVE/ABSENCE: 
NUMBER OF HOURS ACCRUED: 
REMARKS: 

**C** PAYROLL CODES | CODE | EMPLOYMENT ACTIVITY | JOB TITLE: City Attorney
- [ ] HEALTH
- [ ] DENTAL
- [ ] VISION
- [ ] LEAVE ACCRUAL — Y/N
- [ ] CERTIFICATION PAY/PP
- [ ] TMRS — Y/N

Employment Activity:
- [ ] NEW HIRE/PROMOTION
- [ ] TERMINATION
- [ ] NAME CHANGE
- [ ] CHANGE TO REGULAR STATUS
- [ ] ADDRESS/PHONE CHANGE
- [ ] UNIFORM ALLOWANCE

TWCC CODE:
SPLIT PAY ACCTS:
OTHER:
OTHER:

**D** PAYROLL CHANGE | [ ] MERIT INCREASE | [ ] GRADE CHANGE

ANNIVERSARY DATE: 
EFFECTIVE DATE: 11/18/19
BASE HOURS: 

FROM GRADE: | STEP:
TO GRADE: | STEP:
PAY RATE FROM: $
PAY RATE TO: $

**E** TERMINATION REQUEST
DATE RESIGNATION RECEIVED: 9/1/19
DATE EFFECTIVE: Nov 18 19
DEPT. EXIT INTERVIEW BY: 
INTERVIEW DATE: 
TERMINATION PERFORMANCE EVALUATION DONE? [ ] YES [X] NO
IS EMPLOYEE ELIGIBLE FOR REHIRE? [X] YES [ ] NO
REASON FOR TERMINATION: Position was no longer budget

**F** TERMINATION PAYROLL

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PERSONAL LEAVE | 76.38 | $43.14 | $3295.03 |
| COMP. LEAVE | | $ | $ |
| HOLIDAY LEAVE | | $ | $ |
| OTHER | | $ | $ |
| UNIFORM ALLOWANCE | | $ | $ |
| | | TOTAL | $ |

**G** APPROVAL SIGNATURES | DATE SIGNED
EMPLOYEE: 
DEPARTMENT HEAD: 
CITY MANAGER: 
HR DIRECTOR: [signed] | 12/3/17

WHITE - PERSONNEL FILE | YELLOW - PAYROLL COPY | PINK - EMPLOYEE | Revised 03/16

# CITY OF LEON VALLEY
## PERSONNEL ACTION REQUEST

**A** | EMPLOYEE NAME: Denise Fredrick | SOCIAL SECURITY # | STREET ADDRESS | DOB

PAYROLL # | DEPT/ACCOUNTS | GRADE/STEP | HOME # | CITY/STATE/ZIP

**B** ABSENCE/REASON

- [ ] PERSONAL LEAVE
- [ ] COMPENSATORY TIME
- [ ] AUTHORIZED PAID LEAVE
- [ ] ANNUAL LEAVE
- [ ] MAJOR MEDICAL LEAVE
- [ ] UNAUTHORIZED UNPAID LEAVE
- [ ] SICK LEAVE
- [ ] LONG TERM LEAVE
- [ ] JURY LEAVE
- [ ] HOLIDAY LEAVE
- [ ] DEATH LEAVE
- [ ] OTHER

NUMBER OF HOURS TAKEN: 
DATES OF LEAVE/ABSENCE: 
NUMBER OF HOURS ACCRUED: 
REMARKS: 

**C** PAYROLL CODES | CODE | EMPLOYMENT ACTIVITY | JOB TITLE

- [ ] HEALTH — NEW HIRE/PROMOTION
- [ ] DENTAL — TERMINATION — TWCC CODE
- [ ] VISION — NAME CHANGE — SPLIT PAY ACCTS
- [ ] LEAVE ACCRUAL (Y/N) — CHANGE TO REGULAR STATUS
- [ ] CERTIFICATION PAY/PP — ADDRESS/PHONE CHANGE — OTHER
- [ ] TMRS (Y/N) — UNIFORM ALLOWANCE — OTHER

**D** PAYROLL CHANGE

[X] MERIT INCREASE   [ ] GRADE CHANGE

ANNIVERSARY DATE: 
EFFECTIVE DATE: 6/23/19 Retro
BASE HOURS: 

FROM GRADE: | STEP:
TO GRADE: | STEP:
PAY RATE FROM: $ 41.46/hr
TO: $ 42.29/hr

**E** TERMINATION REQUEST

DATE RESIGNATION RECEIVED: 
DATE EFFECTIVE: 
DEPT. EXIT INTERVIEW BY: 
INTERVIEW DATE: 
TERMINATION PERFORMANCE EVALUATION DONE? [ ] YES [ ] NO
IS EMPLOYEE ELIGIBLE FOR REHIRE? [ ] YES [ ] NO
REASON FOR TERMINATION: 

**F** TERMINATION PAYROLL

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PERSONAL LEAVE | | $ | $ |
| COMP. LEAVE | | $ | $ |
| HOLIDAY LEAVE | | $ | $ |
| OTHER | | $ | $ |
| UNIFORM ALLOWANCE | | $ | $ |
| | | TOTAL | $ |

**G** APPROVAL SIGNATURES | DATE SIGNED

EMPLOYEE: 
DEPARTMENT HEAD: 
CITY MANAGER: Kelly Kuenstler — 7-9-19
HR DIRECTOR: 

WHITE - PERSONNEL FILE   YELLOW - PAYROLL COPY   PINK - EMPLOYEE   Revised 03/16

# CITY OF LEON VALLEY
## PERSONNEL ACTION REQUEST

**A** | EMPLOYEE NAME: Denise Frederick | SOCIAL SECURITY #: | STREET ADDRESS: | DOB:
PAYROLL #: 1240 | DEPT/ACCOUNTS: | GRADE/STEP: | HOME #: | CITY/STATE/ZIP:

**B** ABSENCE/REASON

- [ ] PERSONAL LEAVE
- [ ] COMPENSATORY TIME
- [ ] AUTHORIZED PAID LEAVE
- [ ] ANNUAL LEAVE
- [ ] MAJOR MEDICAL LEAVE
- [ ] UNAUTHORIZED UNPAID LEAVE
- [ ] SICK LEAVE
- [ ] LONG TERM LEAVE
- [ ] JURY LEAVE
- [ ] HOLIDAY LEAVE
- [ ] DEATH LEAVE
- [ ] OTHER

NUMBER OF HOURS TAKEN:
NUMBER OF HOURS ACCRUED:
DATES OF LEAVE/ABSENCE:
REMARKS:

**C** PAYROLL CODES | CODE | EMPLOYMENT ACTIVITY

- [ ] HEALTH — NEW HIRE/PROMOTION
- [ ] DENTAL — TERMINATION
- [ ] VISION — NAME CHANGE
- [ ] LEAVE ACCRUAL (Y/N) — CHANGE TO REGULAR STATUS
- [ ] CERTIFICATION PAY/PP — ADDRESS/PHONE CHANGE
- [ ] TMRS (Y/N) — UNIFORM ALLOWANCE

JOB TITLE: City Attorney
TWCC CODE:
SPLIT PAY ACCTS:
OTHER:
OTHER:

**D** PAYROLL CHANGE

- [x] MERIT INCREASE    *Retro
- [ ] GRADE CHANGE

ANNIVERSARY DATE:
EFFECTIVE DATE: 6/23/18
BASE HOURS:

FROM GRADE: | STEP:
TO GRADE: | STEP:
PAY RATE FROM: $39.85/hr
TO: $40.65/hr

**E** TERMINATION REQUEST

DATE RESIGNATION RECEIVED:
DATE EFFECTIVE:
DEPT. EXIT INTERVIEW BY:
INTERVIEW DATE:
TERMINATION PERFORMANCE EVALUATION DONE? YES / NO
IS EMPLOYEE ELIGIBLE FOR REHIRE? YES / NO
REASON FOR TERMINATION:

**F** TERMINATION PAYROLL

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PERSONAL LEAVE | | $ | $ |
| COMP. LEAVE | | $ | $ |
| HOLIDAY LEAVE | | $ | $ |
| OTHER | | $ | $ |
| UNIFORM ALLOWANCE | | $ | $ |
| | | TOTAL | $ |

**G** APPROVAL SIGNATURES | DATE SIGNED

EMPLOYEE:
DEPARTMENT HEAD:
CITY MANAGER:
HR DIRECTOR: [signed] | 7/31/18

WHITE - PERSONNEL FILE    YELLOW - PAYROLL COPY    PINK - EMPLOYEE    Revised 03/16