# 5:21-CV-00381-OLG

# EXHIBIT G

BATES 145 – 150 OF DEFENDANT'S RESPONSES TO DISCOVERY



# CITY OF LEON VALLEY
## CITY COUNCIL REGULAR MEETING
Leon Valley City Council Chambers
6400 El Verde Road, Leon Valley, TX 78238
Tuesday, August 20, 2019

## AGENDA

1. **6:00 PM** Call to Order, Determine a Quorum is Present, Pledge of Allegiance.

2. **Presentations**

    1. Presentation of the Zoning Commission's Annual Report (Chairman David Smith, Zoning Commission)

    2. Presentation of the Monthly Financial Report Ending July 31, 2019 (Ashley Wayman, Assistant Finance Director)

3. **City Manager's Report**

    1. Upcoming Important Events:
    - Next Regular City Council Meeting Tuesday, September 03, 2019, at 6:00 p.m. in Council Chambers.
    - Texas LEGO Users Group San Antonio "Space Display" with LEGO Building sponsored by LEGO Corporate, Saturday, September 7, 2019, from 10:00 a.m. – 2:00 p.m.; and Sunday, September 8, 2019, from 2:00 p.m. – 6:00 p.m. at the Leon Valley Public Library.
    - Grandparent's Day Concert featuring Beethoven Concert Band - Sunday, September 8th, 2019, from 2:00 p.m. until 4:00 p.m.
    - Ethics Review Board Meeting, Monday, September 9, 2019 at 6:00 p.m., at City Hall in the small conference room.
    - Texas National Night Out, October 1, 2019
    - Soap Box Derby, Saturday, October 12, 2019, from 8:00 a.m. until 5:00 p.m. on Evers Road and the Leon Valley Community and Conference Centers.
    - Halloween Party October 26, 2019, at the Leon Valley Community Center and Leon Valley Library from 9:00 a.m. to 2:00 p.m. Events are as followed: 9:00 a.m. -12:00 p.m. Arbor Day Tree Adoption on the Community Center Porch, 9:00 a.m. - 2:00 p.m. Trash to Treasure sale at the Community Center by Northwest Seniors, 10:00 a.m. - 11:00 a.m. Pet Costume Contest on the Grass area in front of the Community Center, 10:00 a.m. - 12:00 p.m. Library Halloween Fall Festival.
    - Coffee with the Mayor and City Council, Saturday, October 19, 2019, from 9:00 a.m. until 11:00 a.m. at the Conference Center.

Frederick - Def CoLV Bates No. 0145

- Annual Christmas Tree Lighting December 2, 2019, at 5:30 p.m. at the Leon Valley Conference Center.
- Annual Breakfast with Santa on December 7, 2019, at the Community Center Sponsored by the Friends of the Leon Valley Public Library and the Leon Valley Public Library from 8:00 a.m. - 10:30 a.m.
- Miscellaneous other events and announcements.

4. **Citizens to Be Heard**

5. **Announcements by the Mayor and Council Members**. At this time, reports about items of community interest, which no action will be taken may be given to the public as per Chapter 551.0415 of the Government Code, such as: expressions of thanks, congratulations or condolence, information regarding holiday schedules, reminders of social, ceremonial, or community events organized or sponsored by the governing body or that was or will be attended by a member of the Leon Valley City Council or a City official.

6. **CONSENT AGENDA**

    1. Consideration of the Following City Council Minutes:
       a.   Special Meeting- July 2, 2019 5:15 PM

    2. Acceptance of Committee Minutes:
       - 06-13-2019 Library Board of Trustees Meeting Minutes
       - 07-22-2019 Sign Code Update Advisory Committee Minutes

    3. Discussion and Possible Action of an In Kind Grant by The American Legion Post No. 336 - 9/11 Remembrance Event (M&C # 2019-08-20-01  M. Mendoza)

    4. Discuss and Consider Possible Action on a Resolution of the City of Leon Valley City Council Amending the Appointment of Members to the 2019 Charter Review Committee (M&C # 2019-08-20-02 Mayor Riley)

7. **ORDINANCE**

    1. Discussion and Possible Action on a Request by Dr. Daniel Earl, Granting a Specific Use Permit for a Kennel, at 6703 Poss Road; Generally Located on the North Side of Grissom Road and East Side of Poss Road. (1st Reading was Held 08-06-2019) (M&C # 2019-08-20-03 B. Melland)

    2. Discussion and Possible Action on a Request by Vanessa Donovan, on Behalf of SA Fun Zone, granting a Specific Use Permit for Entertainment Indoor, at 5720 Evers Road; Generally Located on the East Side of Wurzbach Road and South Side of Evers Road. (1st Reading was Held 08-06-2019) (M&C # 2019-08-20-04 B. Melland)

**Frederick - Def CoLV Bates No. 0146**

3. Discussion and Possible Action on a Request by Manuel Rubio, Granting a Specific Use Permit for Outside Storage, on Approximately 4.3 acres; Generally Located on the North Side of Grissom Road and West Side of Poss Road; More Specifically Located at 6217 Grissom Road and 6645 Poss Road, and 6655 Poss Road.  (1st Reading was Held 08-06-2019) (M&C # 2019-08-20-05 B. Melland)

4. Discussion and Possible Action on an Ordinance Approving and Adopting the Tax Year 2019 Tax Rate for the Maintenance and Operations Fund at $0.475377/$100 and the Interest and Sinking Fund at $0.068213/$100 for a Total Tax Rate of $0.543590/$100, Which is the Effective Tax Rate and is Lower than the Rollback Tax Rate. (1st Read was held on 08-06-2019) (M&C # 2019-08-20-06 V. Wallace)

5. Discussion and Possible Action on an Ordinance of the City of Leon Valley, TX, City Council Accepting the Southwest Texas Regional Advisory Council Trauma System Grant in the amount of $3,131.00; and Amending the General Fund Budget of The City of Leon Valley, Texas Municipal Budget for The Fiscal Year 2018-2019 to be Increased in the Amount of $3,131 to Provide Funding to Purchase Supplies and Equipment Used for Providing Emergency Medical Care in Leon Valley (1st Read was Held 08-06-2019) (M&C # 2019-08-20-07 M. Naughton)

8. **REGULAR AGENDA**

   1. Presentation and Discussion to Consider Approval of an Ordinance Authorizing a Budget Adjustment in the Amount of $4,800.00 from the General Fund for the Purchase of Equipment for the Earthwise Living Day Event (1st Read as Required by City Charter) (M&C # 2019-08-20-08 M. Moritz)

   2. Discuss and Consider Possible Action on an Ordinance of the City of Leon Valley, TX., City Council Adopting Rules of Conduct and Decorum for Public Meetings and Hearings Held by The City Council and Any Board or Commission of The Council  (M&C # 2019-08-20-09 S. Passailaigue)

   3. ==Discussion and Action Regarding Filling A Vacancy for Place 4 On the City Council Created by Benny Martinez's Forfeiture of Office  (M&C # 2019-08-20-10 S. Passailaigue)==

9. **Citizens to be Heard**

10. **Adjournment**

**Executive Session.** The City Council of the City of Leon Valley reserves the right to adjourn into Executive Session at any time during the course of this meeting to discuss any of the matters listed on the posted agenda, above, as authorized by the Texas Government Code, Sections 551.071 (consultation with attorney), 551.072 (deliberations about real property), 551.073 (deliberations about gifts and donations), 551.074 (personnel matters), 551.076 (deliberations about security devices), and 551.087 (economic development).

Leon Valley Regular Meeting Agenda                                                                August 20, 2019

**Attendance by Other Elected or Appointed Officials:** It is anticipated that members other City boards, commissions and/or committees may attend the open meeting in numbers that may constitute a quorum. Notice is hereby given that the meeting, to the extent required by law, is also noticed as a meeting of any other boards, commissions and/or committees of the City, whose members may be in attendance in numbers constituting a quorum. These members of other City boards, commissions, and/or committees may not deliberate or take action on items listed on the agenda. [Attorney General Opinion – No. GA-0957 (2012)].

I hereby certify that the above **NOTICE OF PUBLIC MEETING(S) AND AGENDA OF THE LEON VALLEY CITY COUNCIL** was posted at the Leon Valley City Hall, 6400 El Verde Road, Leon Valley, Texas, and remained posted until after the meeting(s) hereby posted concluded. This notice is posted on the City website at www.leonvalleytexas.gov. This building is wheelchair accessible. Any request for sign interpretive or other services must be made 48 hours in advance of the meeting. To make arrangements, call (210) 684-1391, Extension 216.

*[signature]*

SAUNDRA PASSAILAIGUE, TRMC
City Secretary
August 15th, 2019 4:14 PM

**Frederick - Def CoLV Bates No. 0148**



# CITY OF LEON VALLEY
## CITY COUNCIL REGULAR MEETING
Leon Valley City Council Chambers
6400 El Verde Road, Leon Valley, TX 78238
Tuesday, August 20, 2019

## MINUTES

**6:00 PM** Call to Order, Determine a Quorum is Present, Pledge of Allegiance.

| Attendee Name | Organization | Title | Status | Arrived |
|---|---|---|---|---|
| Chris Riley | City of Leon Valley | Mayor | Present | |
| Monica Alcocer | City of Leon Valley | Mayor Pro-Tem, Council Place 3 | Present | |
| Donna Charles | City of Leon Valley | Council Place 1 | Present | |
| Catherine Rodriguez | City of Leon Valley | Council Place 2 | Present | |
| Matthew Hodde | City of Leon Valley | Council Place 4 | Present | |
| Will Bradshaw | City of Leon Valley | Council Place 5 | Present | |

Also present was ACM/HR Director Crystal Caldera, City Secretary Saundra Passailaigue, City Attorney Denise Frederick, LVPD Assistant Chief Ruben Saucedo, LVFD Chief Michael Naughton, LVFD Assistant Chief Eric Burnside, Assistant Finance Director Ashley Wayman, Finance Director Vickie Wallace, Planning & Zoning Director Brandon Melland, Special Events Coordinator Maribel Mendoza, Public Works Director Melinda Moritz and various LVPD staff.

Mayor Riley announced a quorum present.

Mayor Riley asked the Audie Murphey American Legion Post 336 to lead everyone in the Pledge of Allegiance.

ACM/HR Director Crystal Caldera announced that City Manager Kelly Kuenstler was "Faced-Timed In".

Councilor Monica Alcocer called a Point of Order asking that with the consensus of City Council, she would like to move Agenda Item 8.3 to the item ahead of Agenda Item 2 so that the council person, if approved, to be nominated could participate in the meeting.

Councilor Alcocer continued by saying she would also like to move Agenda Item 8.2 to follow Agenda Item 8.3 because it has major bearing on participation at the meetings.

Councilor Will Bradshaw called a Point of Order asking Mayor Riley if that person who was nominated would have to be sworn in.

Councilor Alcocer responded that City Secretary Saundra Passailaigue would swear them

**Frederick - Def CoLV Bates No. 0149**

*Leon Valley Regular Meeting Minutes* August 20, 2019

in once appointed to which Councilor Bradshaw said he did not think that was allowed.

Councilor Alcocer pointed out that the agenda item is captioned to allow for action which would be the appointment and swearing in and that City Attorney Ryan Henry advised that this was acceptable. City Attorney Denise Frederick said she would concede to his advice.

Councilor Alcocer asked Mayor Riley if that was agreeable or if she needed to make a motion to which Mayor Riley responded that she was not sure and asked if there were any objections.

Councilor Will Bradshaw said he objects and that he "thinks it is something that should be put on a future agenda if we are going to have a new councilor sworn in and I'm not sure of the legality of Ms. Passailaigue swearing them in."

City Secretary Passailaigue reminded Councilor Bradshaw that all councilors are sworn in by her in her office and that the Local Government Code allows a notary, a city secretary, a mayor or a judge to administer the Oath of Office.

A motion was made by Councilor Monica Alcocer and seconded by Councilor Donna Charles to move Agenda Item 8.3 up to follow Agenda Item 2; and to move Agenda Item 8.2 to follow Agenda Item 8.3.

Mayor Riley asked City Secretary Saundra Passailaigue to take a roll call vote.

City Secretary Passailaigue proceeded with a roll call vote to which the City Council replied: Councilor Donna Charles - Aye; Councilor Catherine Rodriguez - Aye; Councilor Monica Alcocer - Aye; and Councilor Will Bradshaw - Nay.

Mayor Riley announced the motion carried.

### REGULAR AGENDA

**Discussion and Action Regarding Filling A Vacancy for Place 4 On the City Council Created by Benny Martinez's Forfeiture of Office   (M&C # 2019-08-20-10 S. Passailaigue)**

Councilor Monica Alcocer announced that she would like to appoint Matthew Hodde to Council Place 4. Councilor Donna Charles seconded that motion which opened the item up for discussion.

Councilor Will Bradshaw said he disagreed with the motion because he felt the procedures for the 3.12 hearing were not followed.

- Matthew Hodde accepted the nomination and gave a brief bio.
- Richard Blackmore offered two other nominations from the floor and asked

FREDERICK - Def CoLV Bates No. 0150