# EXHIBIT B

# April 16, 2019 Agenda Meeting Minutes



# CITY OF LEON VALLEY
# CITY COUNCIL SPECIAL MEETING
Leon Valley City Council Chambers
6400 El Verde Road, Leon Valley, TX 78238
Tuesday, April 16, 2019

## AGENDA

1. **8:00 PM** Call to Order and Determine a Quorum is Present.

2. **The City Council Shall Meet in Executive Session to Discuss the Legal Implications and Procedures Involving Complaints Filed by Denise Frederick, Brandon Melland, Yvonne Acuna, Joann Azar, and Jorge Breton Against Benny Martinez Pursuant to Section 551.071 (Consultation with Attorney). As Requested by Councilor David Jordan And Councilor Monica Alcocer.**

3. **The City Council Shall Meet in Executive Session to Discuss the Legal Implications and Procedures Involving Complaint Filed by Catherine Rodriguez Against Benny Martinez Pursuant to Section 551.071 (Consultation with Attorney). As Requested by Councilor David Jordan And Councilor Monica Alcocer.**

4. **Reconvene into Regular Session and take action on issues discussed in Executive Session if necessary.**

5. **REGULAR AGENDA**

    A. Discussion and Possible Action to Consider Complaints Filed by Denise Frederick, Brandon Melland, Yvonne Acuna, Joann Azar, and Jorge Breton Against Benny Martinez. As Requested by Councilor David Jordan and Councilor Monica Alcocer.

    B. Discussion and Possible Action to Consider Complaints Filed by Catherine Rodriguez Against Benny Martinez. As Requested by Councilor David Jordan and Councilor Monica Alcocer.

6. **Citizens to be Heard**

7. **Adjournment**

**Executive Session.** The City Council of the City of Leon Valley reserves the right to adjourn into Executive Session at any time during the course of this meeting to discuss any of the matters listed on the posted agenda, above, as authorized by the Texas Government Code, Sections 551.071 (consultation with attorney), 551.072 (deliberations about real property), 551.073 (deliberations about gifts and donations), 551.074 (personnel matters), 551.076 (deliberations about security devices), and 551.087 (economic development).

**Attendance by Other Elected or Appointed Officials:** It is anticipated that members other City boards, commissions and/or committees may attend the open meeting in numbers that may constitute a quorum. Notice is hereby given that the meeting, to the extent required by law, is also noticed as a meeting of any other boards, commissions and/or committees of the City, whose members may be in attendance in numbers constituting a quorum. These members of other City boards, commissions, and/or committees may not deliberate or take action on items listed on the agenda. [Attorney General Opinion – No. GA-0957 (2012)].

I hereby certify that the above **NOTICE OF PUBLIC MEETING(S) AND AGENDA OF THE LEON VALLEY CITY COUNCIL** was posted at the Leon Valley City Hall, 6400 El Verde Road, Leon Valley, Texas, and remained posted until after the meeting(s) hereby posted concluded. This notice is posted on the City website at www.leonvalleytexas.gov. This building is wheelchair accessible. Any request for sign interpretive or other services must be made 48 hours in advance of the meeting. To make arrangements, call (210) 684-1391, Extension 216.

*[Signature: Saundra Passailaigue]*

SAUNDRA PASSAILAIGUE, TRMC
City Secretary
April 11th, 2019 8:04 AM

# MAYOR AND COUNCIL COMMUNICATION

**DATE:** April 16, 2019

**TO:** Mayor and Council

**FROM:** Saundra Passailaigue, City Secretary

**THROUGH:**

**SUBJECT:** Discussion and Possible Action to Consider Complaints Filed by Denise Frederick, Brandon Melland, Yvonne Acuna, Joann Azar, and Jorge Breton Against Benny Martinez. As Requested by Councilor David Jordan and Councilor Monica Alcocer.

ATTEST:

_____
**SAUNDRA PASSAILAIGUE, TRMC**
City Secretary



## Saundra Passailaigue

**From:** d.jordan@leonvalleytexas.gov
**Sent:** Friday, April 5, 2019 4:26 PM
**To:** Kelly Kuenstler
**Cc:** Saundra Passailaigue
**Subject:** Executive session

Hello I would like to request and executive session regarding the outstanding disposition of case of councilor Martinez and councilor Rodriguewz and the employees regarding sexual harassment and hostile work environment allegations.

v/r

David Jordan
Council Plcae 5
Leon Valley Texas


## Saundra Passailaigue

**From:** Monica Alcocer <m.alcocer@leonvalleytexas.gov>
**Sent:** Tuesday, April 9, 2019 11:33 AM
**To:** Saundra Passailaigue; David Jordan; Mayor Riley
**Cc:** Saundra Passailaigue; Kelly Kuenstler
**Subject:** Executive Session for April 16 CC meeting

Saundra,

This letter is to be considered as the second for Councilor David Jordan's request for a follow-up session regarding all the complaints filed against Councilor Martinez. By copy of this E-mail to Councilor Jordan, I am requesting that he amend his request to include that if, for some reason we are unable to have a follow-up executive session on April 16th, that we have the session as part of the regular meeting.

Thank you for your prompt attention to the forgoing.

Monica Alcocer

P.S. If my request needs to be amended or clarified in any way, please let me know ASAP.

Attachment: Stream of Emails from Councilors Jordan and Alcocer Requesting Item by Placed on Agenda (Complaint by Staff against Council

Packet Pg. 4

## Saundra Passailaigue

| | |
|---|---|
| From: | d.jordan@leonvalleytexas.gov |
| Sent: | Tuesday, April 9, 2019 12:09 PM |
| To: | Saundra Passailaigue |
| Subject: | RE: Executive Session for April 16 CC meeting |

I concur with the amended email from Councilors alcoceer's request.
April 16th executive session or at the regular meeting session on April 16th.
Thank You!

v/r

David L. Jordan
Council Place 5
Leon Valley, Tx.

Attachment: Stream of Emails from Councilors Jordan and Alcocer Requesting Item by Placed on Agenda (Complaint by Staff against Council

Packet Pg. 5

## Saundra Passailaigue

| | |
|---|---|
| From: | Monica Alcocer <m.alcocer@leonvalleytexas.gov> |
| Sent: | Tuesday, April 9, 2019 2:20 PM |
| To: | Saundra Passailaigue; David Jordan; Mayor Riley |
| Cc: | Kelly Kuenstler |
| Subject: | RE: Executive and Regular Agenda Session for April 16 CC meeting |

Saundra,

This E-mail is to amend or clarify my prior request to indicate that is stating that we want both the executive session and the open session regarding all complaints. That is, I am requesting that the executive session be called and, whether or not an executive session occurs, that we have an open session. Thank you. And by copy of this, I am requesting that Councilor Jordan confirm the request. Monica Alcocer

## Saundra Passailaigue

| | |
|---|---|
| From: | d.jordan@leonvalleytexas.gov |
| Sent: | Tuesday, April 9, 2019 4:25 PM |
| To: | Monica Alcocer |
| Cc: | Saundra Passailaigue; Mayor Riley; Kelly Kuenstler |
| Subject: | RE: Executive and Regular Agenda Session for April 16 CC meeting |

I concur/ second with the below email requesting both an executive session and an open session regarding all complaints against councilor Bennie Martinez. I ask that our request be honored, without delay on April 16th 2019.

v/r

David L. Jordan

Attachment: Stream of Emails from Councilors Jordan and Alcocer Requesting Item by Placed on Agenda (Complaint by Staff against Council

Packet Pg. 6

# MAYOR AND COUNCIL COMMUNICATION

**DATE:** April 16, 2019

**TO:** Mayor and Council

**FROM:** Saundra Passailaigue, City Secretary

**THROUGH:**

**SUBJECT:** Discussion and Possible Action to Consider Complaints Filed by Catherine Rodriguez Against Benny Martinez. As Requested by Councilor David Jordan and Councilor Monica Alcocer.


ATTEST:

_____
**SAUNDRA PASSAILAIGUE, TRMC**
City Secretary

