IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **VITRA DENISE FREDERICK,** | § § | |
| Plaintiff, | § § | |
| | § | CIVIL ACTION NO. 5:21-cv-00381-OLG |
| VS. | § § | |
| **CITY OF LEON VALLEY, TEXAS**, | § § | |
| Defendant. | § § | |

## ORDER

**ON THIS DAY** came on to be considered Defendant **CITY OF LEON VALLEY'S** Objections to the Magistrate's Report and Recommendation, pursuant to Rule 56, Federal Rules of Civil Procedure and the Court after having considered the Objections finds as follows:

**IT IS THEREFORE, ORDERED** that Defendant **CITY OF LEON VALLEY'S** Motion for Summary Judgment be in all things sustaining the objection as to retaliation and dismissing the case with prejudice.

SIGNED this _____ day of _____, 2023.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE