UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VITRA DENISE FREDERICK, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-21-CV-381-OLG |
| CITY OF LEON VALLEY, TEXAS, | § § § | |
| Defendant. | § § | |

**ADVISORY OF SETTLEMENT DURING MEDIATION
AND ORDER REGARDING FILING OF DOCUMENTS**

The matter before the Court is the outcome of the Mediation held by the undersigned on today's date. (*See* Docket Entries 27 and 28.) Pursuant to Local Civil Rule CV-88(i), the District Court is advised that this case **did** settle during mediation. Terms of the settlement were set forth on the record. The parties expect to file the appropriate documents to resolve the case on or before February 4, 2024.

**SIGNED** on January 4, 2024.

Henry J. Bemporad
United States Magistrate Judge